# EXHIBIT 1





LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX  75285-1001

November 24 - December 23, 2019
Account# ▇▇▇▇▇▇▇▇▇ 0792

## Account Summary

| | |
|---|---|
| Previous Balance | $362.90 |
| Payments and Other Credits | −$362.90 |
| Purchases and Adjustments | $17,054.68 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $17,054.68 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $445.32 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $445.32 |
| Statement Closing Date | 12/23/2019 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $17,054.68 |
| Current Payment Due | $170.00 |
| Total Minimum Payment Due | $170.00 |
| Payment Due Date | 01/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 29 years | $39,338.00 |
| $602.00 | 36 months | $21,672.00 (Savings = $17,666.00) |

If you would like information about credit counseling services, call 866.300.5238.

---

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

Account Number: ▇▇▇▇▇▇▇ 0792

| | |
|---|---|
| New Balance Total | $17,054.68 |
| Total Minimum Payment Due | $170.00 |
| Payment Due Date | 01/20/2020 |

Enter payment amount  $ ☐☐☐☐☐.☐☐

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

⑆524022250⑆   0817209260079 2⑈

LEWIS E KEENER SR   |   Account # ▮▮▮▮▮▮▮▮▮▮0792   |   November 24 - December 23, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 12/04 | 12/04 | PAYMENT - THANK YOU | 9981 | 0792 | −362.90 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$362.90 |
| | | **Purchases and Adjustments** | | | | |
| 11/17 | 12/10 | FRAUD DISPUTE | 4000 | 0792 | 845.07 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 0610 | 0792 | 5,910.15 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 9605 | 0792 | 5,910.15 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 4100 | 0792 | 4,389.31 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $17,054.68 |
| | | **Interest Charged** | | | | |
| 12/23 | 12/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 16.24%V | | | | $ 0.00 | $ 0.00 |
| Balance Transfers | 16.24%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 21.49%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 26.49%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)





**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX  75285-1001

*CARD SERVICES
LEWIS E KEENER SR
ATTN: FRAUD CLAIMS DEPT.
P O BOX 982237
EL PASO TX  79998-2237

October 24 - November 23, 2019
Account# ▮▮▮▮▮▮▮▮▮ 1801

## Account Summary

| | |
|---|---:|
| Previous Balance | $0.00 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $17,054.68 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $17,054.68 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $445.32 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $445.32 |
| Statement Closing Date | 11/23/2019 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---:|
| New Balance Total | $17,054.68 |
| Current Payment Due | $0.00 |
| Total Minimum Payment Due | $0.00 |
| Payment Due Date | 12/20/2019 |

**If you would like information about credit counseling services, call 866.300.5238.**

---

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX  75285-1001

Account Number: ▮▮▮▮▮▮▮▮▮ 1801

| | |
|---|---:|
| New Balance Total | $17,054.68 |
| Total Minimum Payment Due | $0.00 |
| Payment Due Date | 12/20/2019 |

Enter payment amount  $

*CARD SERVICES
LEWIS E KEENER SR
ATTN: FRAUD CLAIMS DEPT.
P O BOX 982237
EL PASO TX  79998-2237

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

*CARD SERVICES  
LEWIS E KEENER SR  |  Account # ▮▮▮▮▮▮▮▮▮▮1801  |  October 24 - November 23, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 11/17 | 11/20 | FRAUD DISPUTE | 9605 | 1801 | 5,910.15 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 4100 | 1801 | 4,389.31 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 0610 | 1801 | 5,910.15 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 4000 | 1801 | 845.07 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $17,054.68 |
| | | **Interest Charged** | | | | |
| 11/23 | 11/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 16.49%V | | | | $ 0.00 | $ 0.00 |
| Balance Transfers | 16.49%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 21.74%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 26.74%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

As a reminder, account fees and transaction fees may be assessed on this account. Please refer to your Agreement for a complete listing of fees that may be assessed on this account.