EXHIBIT 2

DALLAS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 802915-2020**



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|---|
| NA-99999999-Z6 | CREDIT CARD OR DEBIT CARD | SUPP | | 11/17/2019 06:40 AM | 11/17/2019 06:48 AM | 03/10/2020 02:55 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | | APPROVED BY: |
|---|---|---|---|---|
| *** | T20003657 | 18535 Michaelangelo Drive, Dallas, TX 75287 | | 121912/Jacqueline Gardner |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| OTHER/UNKNOWN | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|---|
| **1** | V | Keener, SR | Lewis | Edward | *** | *** | | * | *** | *** |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE | |
| | | *** | *** | | | | | | | |
| | EMAIL | | RESIDENCE ADDRESS | | | | | HOME PHONE | | |
| | keen.deak@verizon.net | | *** | | | | | *** | | |
| | EMPLOYER NAME | | BUSINESS ADDRESS | | | | | WORK PHONE | | |
| | | | *** | | | | | | | |

## NARRATIVE

Someone charged a total of  $17054.68 on my credit card, I did not do this and as you can see I told Bank of America about it and disputed the charges.  The Bank said I should file a Police report so I am
Thank you