# EXHIBIT 3



LL 1130    017 851         41506 #801 AB 0.412
LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

November 26, 2019

Account ending in: 1801

Lewis E Keener Sr:

We've issued a temporary credit for $17,054.68 while we conduct our research.

**What you can expect**
- You'll see the temporary credit on your next statement.
- Due to the extensive research required to resolve your claim, it may take some time before we're able to inform you of the final result.
- We'll contact you once we've resolved your inquiry.
- If it's determined through our research that the transaction(s) is valid, the temporary credit we applied to your account may be reversed.

**We're here to help**
We appreciate the opportunity to serve your financial needs. If you have questions, please call us at 800.472.7970, Monday through Friday, 8 a.m. to 7 p.m. Eastern.

FRB FCTC 1-1 US-EN                    01 of 01