# EXHIBIT 5

Lewis E Keener
18535 Michaelangelo Dr
Dallas, TX 75287

January 30, 2020

Bank of America
P O Box 851001
Dallas, TX 75285-1001

Re: Account ████████-0792

I am writing to you regarding a dispute of charges on this account that we have been told is being researched.
Here are the charges in question:
11/17   Slydepay            845.07
11/17   Immo Sarl         4,389.31
11/17   rexinternational.net   5,910.15
11/17   rexinternational.net   5,910.15
These charges total 17,054.68

I have called 3 times about these charges and even though the charges are in research, I would like to send you a written statement for our records.

On the October 23, 2019 statement you can see printed there that the credit limit on this account was $5,000.00. I did not request a credit increase, but on the November 23, 2019 statement the credit line shows $17,500.00. Evidently it was changed before these charges were accepted on the account. After the phone calls and the dispute of charges, the credit line was changed again. On the December 23, 2019 statement it shows $5,400.00.

I was contacted in November, 2019, to verify the charges and immediately called and stated these were not my charges.

I looked online to identify the vendors involved. It appears these charges were made for 2 international air flights and an international hotel. I have not traveled by air to an international destination for many years. I am a senior adult on a fixed income. I am a disabled veteran with multiple health issues. I am not able to travel long distances. It is preposterous to think these charges were made by me.

I believe that is was Bank of America's error to accept these charges when they are 12,000 over the credit limit on this account. I think it is harmful to my credit rating to keep these charges on my account.

I would appreciate an update on the research into these charges and I would especially like for you to remove them from my balance as soon as possible. The January 23, 2020, statement shows a payment is due and that the account is past due. I have a very good credit rating and I do not want my credit rating to be adversely affected because of this error. I am innocent of any wrong-doing.

Thank you in advance for a prompt response.

Sincerely,

*[signature]*
Lewis E Keener

  

VISA SIGNATURE     Alaska Mileage Plan

Customer Service Information:
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
Mail billing inquiries to:
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
Mail payment to:
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

SS 0127  N 867 954 12    24813 #001 AB 0.412

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

December 24 - January 23, 2020
Account #                      0792

## Account Summary

| | |
|---|---:|
| Previous Balance | $17,054.68 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| Fees Charged | $28.00 |
| Interest Charged | $0.00 |
| **New Balance Total** | **$17,082.68** |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $417.32 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $417.32 |
| Statement Closing Date | 01/23/2020 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---:|
| New Balance Total | $17,082.68 |
| Current Payment Due | $198.00 |
| Past Due Amount | — $170.00 |
| **Total Minimum Payment Due** | **$368.00** |
| Payment Due Date | 02/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be increased up to the Penalty APR of 29.99%.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 29 years | $39,129.00 |
| $603.00 | 36 months | $21,708.00 (Savings = $17,421.00) |

If you would like information about credit counseling services, call 866.300.5238.

---

23                                                                 0792

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

Account Number:                0792

| | |
|---|---:|
| New Balance Total | $17,082.68 |
| Total Minimum Payment Due | $368.00 |
| Payment Due Date | 02/20/2020 |

Enter payment amount  $

For change of address/phone number, see reverse side.
Make your payment online at www.bankofamerica.com or
Mail this coupon along with your check payable to: Bank of America

0792

Case 4:21-cv-00810-SDJ-CAN   Document 1-6   Filed 10/08/21   Page 5 of 13 PageID #: 41

LEWIS E KEENER SR | Account # ████ 0792 | December 24 - January 23, 2020



## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 01/20 | 01/21 | LATE FEE FOR PAYMENT DUE | | 0792 | 28.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $28.00 |
| | | **Interest Charged** | | | | |
| 01/23 | 01/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 01/23 | 01/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 01/23 | 01/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 01/23 | 01/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

### 2020 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2020 | $28.00 |
| Total interest charged in 2020 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 16.24%V | | | | $ 0.00 | $ 0.00 |
| Balance Transfers | 16.24%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 21.49%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 26.49%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

You're a valued customer and we want you to know that we haven't received your current payment due. Please send your payment due today. If you've already mailed it, thank you.

Page 3 of 6




www.bankofamerica.com

```
LL 1212    315 576        26475 #@01 AB 0.412
LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324
```

December 10, 2019

Account number ending in: 1801

Lewis E Keener Sr: unfortunately, we're unable to approve your recent fraud claim.

Our research included the information you provided with your claim, your account history, and if available, information from the merchant, such as a signed receipt or contract. We confirmed the following:

- We confirmed the charge(s) was made using one of your verified devices, like a cell phone or tablet.

What's Next
- Any temporary credits applied to your account will be removed. You'll see it on your monthly statement, along with any additional charges or fees you owe.
- If your account was past due at the time of your claim, and no payments were made, it will return to that same status.
- Please continue to make the required payments on your account.

If you have new or additional information that wasn't provided earlier, please submit to PO Box 982237, El Paso, TX 79998 or call us at 800.472.7970, Monday through Friday, 8 a.m. to 7 p.m. Eastern.

Thank you for your patience while we researched your claim.

FR2 DENY 1-1 US-EN                    01 of 01

VISA SIGNATURE  Mileage Plan



**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
Mail billing inquiries to:
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
Mail payment to:
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

SS 1227   N 678 698 1       26319 H@01 AB 0.412

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

November 24 - December 23, 2019
Account #                    0792

## Account Summary

| | |
|---|---:|
| Previous Balance | $362.90 |
| Payments and Other Credits | -$362.90 |
| Purchases and Adjustments | $17,054.68 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance Total** | **$17,054.68** |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $445.32 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $445.32 |
| Statement Closing Date | 12/23/2019 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---:|
| New Balance Total | $17,054.68 |
| Current Payment Due | $170.00 |
| Total Minimum Payment Due | $170.00 |
| Payment Due Date | 01/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be increased up to the Penalty APR of 29.99%. **Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 29 years | $39,338.00 |
| $602.00 | 36 months | $21,672.00 (Savings = $17,666.00) |

If you would like information about credit counseling services, call 866.300.5238.

---

23                                                                              0792

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number:                 0792

| | |
|---|---:|
| New Balance Total | $17,054.68 |
| Total Minimum Payment Due | $170.00 |
| Payment Due Date | 01/20/2020 |

Enter payment amount   $

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

For change of address/phone number, see reverse side.
Make your payment online at www.bankofamerica.com or
Mail this coupon along with your check payable to: Bank of America

LEWIS E KEENER SR | Account # ████ 0792 | November 24 - December 23, 2019



## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 12/04 | 12/04 | PAYMENT - THANK YOU | 9981 | 0792 | −362.90 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$362.90 |
| | | **Purchases and Adjustments** | | | | |
| 11/17 | 12/10 | FRAUD DISPUTE | 4000 | 0792 | 845.07 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 0610 | 0792 | 5,910.15 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 9605 | 0792 | 5,910.15 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 4100 | 0792 | 4,389.31 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $17,054.68 |
| | | **Interest Charged** | | | | |
| 12/23 | 12/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

### 2019 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 16.24%V | | | | $ 0.00 | $ 0.00 |
| Balance Transfers | 16.24%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 21.49%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 26.49%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

# VISA SIGNATURE

# Alaska Mileage Plan

88 1127  N 781 801 12    06749 #001 AB 0.412

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
Mail billing inquiries to:
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
Mail payment to:
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

October 24 - November 23, 2019
Account # ▇▇▇▇ 0792

## Account Summary

| | |
|---|---|
| Previous Balance | $323.44 |
| Payments and Other Credits | -$17,378.12 |
| Purchases and Adjustments | $17,417.58 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance Total | $362.90 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $17,137.10 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $5,400.00 |
| Statement Closing Date | 11/23/2019 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $362.90 |
| Current Payment Due | $25.00 |
| Total Minimum Payment Due | $25.00 |
| Payment Due Date | 12/20/2019 |

Late Payment W...  
Payment by the c...  $39.00 and your  
Total Minimum  
Payment each pe...  
longer to pay off

If you make no a... .changes using t... and each month.

Only the Tot... Minimum Paym...

If you would like 866.300.5238.

...m e of up to  
...f 29.99%.  
Minimum  
e you

4180

DATE 12/2/2019
PAY TO Bank of America 0792
AMOUNT $362.90
MEMO
CATEG. BOA Alaska Air 0792
ACCT. Prosperity Bank

I end up  
stimated  
of  
)0  
es, call



LEWIS E KEENER SR  |  Account # ████████ 0792  |  October 24 - November 23, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 11/05 | 11/05 | PAYMENT - THANK YOU | 2465 | 1801 | −323.44 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 9605 | 0792 | −5,910.15 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 4100 | 0792 | −4,389.31 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 0610 | 0792 | −5,910.15 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 4000 | 0792 | −845.07 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$17,378.12 |
| | | **Purchases and Adjustments** | | | | |
| 11/02 | 11/04 | HEALTHY*BACK INSTITUTE  800-216-4908 TX | 7817 | 1801 | 49.95 | |
| 11/02 | 11/04 | PAYPAL *AFA-DALLAS  402-935-7733 CA | 5817 | 1801 | 25.00 | |
| 11/14 | 11/15 | PSV*Oxford Communiqu  877-6539124 MD | 4842 | 1801 | 287.95 | |
| 11/17 | 11/19 | SLYDEPAY  ACCRA  4,620.00 GHS | 4000 | 1801 | 845.07 | |
| 11/17 | 11/19 | IMMO SARL  OUAGADOUGOU  2,596,000 XOF | 4100 | 1801 | 4,389.31 | |
| 11/17 | 11/19 | rexinternational.net  https://rexin  500,000.00 BDT | 0610 | 1801 | 5,910.15 | |
| 11/17 | 11/19 | rexinternational.net  https://rexin  500,000.00 BDT | 9605 | 1801 | 5,910.15 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $17,417.58 |
| | | **Interest Charged** | | | | |
| 11/23 | 11/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

### 2019 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 16.49%V | | | | $ 0.00 | $ 0.00 |
| Balance Transfers | 16.49%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 21.74%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 26.74%V | | | | $ 0.00 | $ 0.00 |

AFR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)



**BANK OF AMERICA**
www.bankofamerica.com

LL 1130   017 851        41506 #301 AB 0.412
LEWIS E KEENER SR
18635 MICHAELANGELO DR
DALLAS TX 75287-3824

November 26, 2019

Account ending in: 1801

Lewis E Keener Sr:

We've issued a temporary credit for $17,054.68 while we conduct our research.

What you can expect
- You'll see the temporary credit on your next statement.
- Due to the extensive research required to resolve your claim, it may take some time before we're able to inform you of the final result.
- We'll contact you once we've resolved your inquiry.
- If it's determined through our research that the transaction(s) is valid, the temporary credit we applied to your account may be reversed.

We're here to help
We appreciate the opportunity to serve your financial needs. If you have questions, please call us at 800.472.7970, Monday through Friday, 8 a.m. to 7 p.m. Eastern.

FB2 FCTO 1-1 03-BN                    01 of 01



**keen.deak@verizon.net**

**From:** Bank of America <billpay@billpay.bankofamerica.com>
**Sent:** Monday, February 24, 2020 7:56 PM
**To:** keen.deak@verizon.net
**Subject:** You have a new e-Bill from Bank of America Credit Card

**Importance:** High

# Bill Pay Alert

**Bank of America**

### You have a new e-Bill from Bank of America Credit Card - Alaska Airlines:

**Bank of America**

| | |
|---|---|
| **Pay To Account Number:** | ************0792 |
| **Due Date:** | 03/20/2020 |
| **Minimum Amount Due:** | $ 674.00 |
| **Amount Due:** | $ 674.00 |
| **Account Balance:** | $ 17,276.88 |

View and Pay This e-Bill

**Please do not reply to this email.**

**Contact us about this email**
If you have any questions, please either call the phone number on your account statement or use the Contact Us page, so we can properly verify your identity.

**Email Preferences**
This is a service email from Bank of America. Please note that you may receive service email in accordance with your Bank of America service agreements, whether or not you elect to receive promotional email.

**Privacy and Security**
Keeping your financial information secure is one of our most important responsibilities. For an explanation of how we manage customer information, please read our Privacy Policy. You can also learn how Bank of America keeps your personal information secure and how you can help protect yourself.

1

Bank of America Email, 8th Floor, 101 South Tryon St., Charlotte, NC 28255-0001

Bank of America, N.A. Member FDIC. Equal Housing Lender
©2020 Bank of America Corporation. All rights reserved.

========================================
Please do not delete this section.
Email_ID:#020238143402422019793_
========================================

2