EXHIBIT 7

**BANK OF AMERICA** 

*Alaska.*
Mileage Plan

P.O. BOX 15284
WILMINGTON, DE  19850

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

June 24 - July 23, 2020
Account# ▓▓▓▓▓▓▓ 0792

## Account Summary

| | |
|---|---|
| Previous Balance | $18,322.71 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$223.28** |
| New Balance Total | $18,545.99 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 07/23/2020 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $18,545.99 |
| Current Payment Due | $406.00 |
| Past Due Amount | $2,425.00 |
| Total Minimum Payment Due | $2,831.00 |
| Payment Due Date | 08/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 28 years | $37,269.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

---

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

Account Number: ▓▓▓▓▓▓▓ 0792

| | |
|---|---|
| New Balance Total | $18,545.99 |
| Total Minimum Payment Due | $2,831.00 |
| Payment Due Date | 08/20/2020 |

Enter payment amount   $ ▢▢▢▢▢▢ . ▢▢

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

LEWIS E KEENER SR   |   Account # ████████ 0792   |   June 24 - July 23, 2020

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Interest Charged** | | | | |
| 07/23 | 07/23 | INTEREST CHARGED ON PURCHASES | | | 223.28 | |
| 07/23 | 07/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 07/23 | 07/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 07/23 | 07/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$223.28** |

| 2020 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2020 | $223.00 |
| Total interest charged in 2020 | $1,268.31 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 14.74%V | | | | $ 18,430.39 | $ 223.28 |
| **Balance Transfers** | 14.74%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 19.99%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 24.99%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

Your statement balance exceeds the Total Credit Line. To ensure uninterrupted use of your account, please make a payment to bring your balance under the Total Credit Line. There is no fee for being over your Total Credit Line.

When this statement was created, the account's Credit Line was in a restricted status and not available for use.

Please read about important amendment(s) to your Credit Card Agreement and/or notices for your account on the enclosed *Important Information* page.

**BANK OF AMERICA**

*Alaska.*
Mileage Plan

P.O. BOX 15284
WILMINGTON, DE  19850

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

May 24 - June 23, 2020
Account#  ████ 0792

## Account Summary

| | |
|---|---|
| Previous Balance | $18,056.23 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$39.00** |
| **Interest Charged** | **$227.48** |
| New Balance Total | $18,322.71 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 06/23/2020 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $18,322.71 |
| Current Payment Due | $447.00 |
| Past Due Amount | $1,978.00 |
| Total Minimum Payment Due | $2,425.00 |
| Payment Due Date | 07/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%.**
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 28 years | $37,267.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

---

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

Account Number: ████████ 0792

| | |
|---|---|
| New Balance Total | $18,322.71 |
| Total Minimum Payment Due | $2,425.00 |
| Payment Due Date | 07/20/2020 |

Enter payment amount   $ [          ]

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

LEWIS E KEENER SR   |   Account # ■■■■■■■0792   |   May 24 - June 23, 2020

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 06/20 | 06/22 | **Fees**<br>LATE FEE FOR PAYMENT DUE<br>**TOTAL FEES FOR THIS PERIOD** | | 0792 | 39.00 | **$39.00** |
| 06/23 | 06/23 | **Interest Charged**<br>INTEREST CHARGED ON PURCHASES | | | 227.48 | |
| 06/23 | 06/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 06/23 | 06/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 06/23 | 06/23 | INTEREST CHARGED ON BANK CASH ADVANCES<br>**TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | 0.00 | **$227.48** |

### 2020 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2020 | $223.00 |
| Total interest charged in 2020 | $1,045.03 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 14.74%V | | | | $ 18,171.12 | $ 227.48 |
| **Balance Transfers** | 14.74%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 19.99%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 24.99%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions Daily Interest Rate Type: V= Variable Rate (rate may vary)

**BANK OF AMERICA** 

*Alaska.*
Mileage Plan

P.O. BOX 15284
WILMINGTON, DE  19850

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

April 24 - May 23, 2020
Account#█████████ 0792

## Account Summary

| | |
|---|---|
| Previous Balance | $17,800.25 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$39.00** |
| **Interest Charged** | **$216.98** |
| New Balance Total | $18,056.23 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available | |
| for Cash | $0.00 |
| Statement Closing Date | 05/23/2020 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $18,056.23 |
| Current Payment Due | $433.00 |
| Past Due Amount | $1,545.00 |
| Total Minimum Payment Due | $1,978.00 |
| Payment Due Date | 06/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%.**
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 28 years | $37,212.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

---

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

Account Number:█████████ 0792

| | |
|---|---|
| New Balance Total | $18,056.23 |
| Total Minimum Payment Due | $1,978.00 |
| Payment Due Date | 06/20/2020 |

Enter payment amount   $ ▢▢▢▢▢▢▢ . ▢▢

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

LEWIS E KEENER SR   |   Account # ▇▇▇▇▇▇▇ 0792   |   April 24 - May 23, 2020

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 05/20 | 05/21 | LATE FEE FOR PAYMENT DUE | | 0792 | 39.00 | |
| | | **TOTAL FEES FOR THIS PERIOD** | | | | **$39.00** |
| | | **Interest Charged** | | | | |
| 05/23 | 05/23 | INTEREST CHARGED ON PURCHASES | | | 216.98 | |
| 05/23 | 05/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 05/23 | 05/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 05/23 | 05/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$216.98** |

| 2020 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2020 | $184.00 |
| Total interest charged in 2020 | $817.55 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 14.74%V | | | | $ 17,910.06 | $ 216.98 |
| **Balance Transfers** | 14.74%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 19.99%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 24.99%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

Your statement balance exceeds the Total Credit Line. To ensure uninterrupted use of your account, please make a payment to bring your balance under the Total Credit Line. There is no fee for being over your Total Credit Line.

When this statement was created, the account's Credit Line was in a restricted status and not available for use.

Please see important information entitled "Your Billing Rights" on the following pages.

BANK OF AMERICA

 Alaska.
Mileage Plan

P.O. BOX 15284
WILMINGTON, DE  19850

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

Customer Service Information:
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
Mail billing inquiries to:
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
Mail payment to:
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

March 24 - April 23, 2020
Account# ████████ 0792

## Account Summary

| | |
|---|---|
| Previous Balance | $17,540.27 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$39.00** |
| **Interest Charged** | **$220.98** |
| New Balance Total | $17,800.25 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 04/23/2020 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $17,800.25 |
| Current Payment Due | $435.00 |
| Past Due Amount | $1,110.00 |
| Total Minimum Payment Due | $1,545.00 |
| Payment Due Date | 05/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be increased up to the Penalty APR of 29.99%.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 28 years | $37,183.00 |

If you would like information about credit counseling services, call 866.300.5238.

---

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: ████████ 0792

| | |
|---|---|
| New Balance Total | $17,800.25 |
| Total Minimum Payment Due | $1,545.00 |
| Payment Due Date | 05/20/2020 |

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

Enter payment amount   $

*For change of address/phone number, see reverse side.
Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

LEWIS E KEENER SR  |  Account # ▬▬▬▬ 0792  |  March 24 - April 23, 2020

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 04/20 | 04/21 | LATE FEE FOR PAYMENT DUE | | 0792 | 39.00 | |
| | | **TOTAL FEES FOR THIS PERIOD** | | | | **$39.00** |
| | | **Interest Charged** | | | | |
| 04/23 | 04/23 | INTEREST CHARGED ON PURCHASES | | | 220.98 | |
| 04/23 | 04/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 04/23 | 04/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 04/23 | 04/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$220.98** |

| 2020 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2020 | $145.00 |
| Total interest charged in 2020 | $600.57 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 14.74%V | | | | $ 17,652.02 | $ 220.98 |
| **Balance Transfers** | 14.74%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 19.99%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 24.99%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

Your statement balance exceeds the Total Credit Line. To ensure uninterrupted use of your account, please make a payment to bring your balance under the Total Credit Line. There is no fee for being over your Total Credit Line.

When this statement was created, the account's Credit Line was in a restricted status and not available for use.

Please read about important amendment(s) to your Credit Card Agreement and/or notices for your account on the enclosed *Important Information* page.

**BANK OF AMERICA**

*Alaska.*
Mileage Plan

P.O. BOX 15284
WILMINGTON, DE  19850

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

February 24 - March 23, 2020
Account# ████████ 0792

## Account Summary

| | |
|---|---|
| Previous Balance | $17,276.88 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$39.00** |
| **Interest Charged** | **$224.39** |
| New Balance Total | $17,540.27 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 03/23/2020 |
| Days in Billing Cycle | 29 |

## Payment Information

| | |
|---|---|
| New Balance Total | $17,540.27 |
| Current Payment Due | $436.00 |
| Past Due Amount | $674.00 |
| Total Minimum Payment Due | $1,110.00 |
| Payment Due Date | 04/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%.**
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 28 years | $37,148.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

---

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

Account Number: ████████ 0792

| | |
|---|---|
| New Balance Total | $17,540.27 |
| Total Minimum Payment Due | $1,110.00 |
| Payment Due Date | 04/20/2020 |

Enter payment amount   $ _____

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

LEWIS E KEENER SR  |  Account # ▓▓▓▓▓▓▓ 0792  |  February 24 - March 23, 2020

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 03/20 | 03/21 | LATE FEE FOR PAYMENT DUE | | 0792 | 39.00 | |
| | | **TOTAL FEES FOR THIS PERIOD** | | | | **$39.00** |
| | | **Interest Charged** | | | | |
| 03/23 | 03/23 | INTEREST CHARGED ON PURCHASES | | | 224.39 | |
| 03/23 | 03/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 03/23 | 03/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 03/23 | 03/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$224.39** |

| 2020 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2020 | $106.00 |
| Total interest charged in 2020 | $379.59 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 16.24%V | | | | $ 17,390.35 | $ 224.39 |
| Balance Transfers | 16.24%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 21.49%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 26.49%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

You're a valued customer and we want you to know that we haven't received your current payment due. Please send your payment due today. If you've already mailed it, thank you.

Your statement balance exceeds the Total Credit Line. To ensure uninterrupted use of your account, please make a payment to bring your balance under the Total Credit Line. There is no fee for being over your Total Credit Line.

When this statement was created, the account's Credit Line was in a restricted status and not available for use.

**BANK OF AMERICA**

*Alaska.*
Mileage Plan

P.O. BOX 15284
WILMINGTON, DE  19850

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

January 24 - February 23, 2020
Account#  ████████ 0792

## Account Summary

| | |
|---|---|
| Previous Balance | $17,082.68 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$39.00** |
| **Interest Charged** | **$155.20** |
| New Balance Total | $17,276.88 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $223.12 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $223.12 |
| Statement Closing Date | 02/23/2020 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $17,276.88 |
| Current Payment Due | $365.00 |
| Past Due Amount | $309.00 |
| Total Minimum Payment Due | $674.00 |
| Payment Due Date | 03/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 29 years | $39,172.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

---

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: ██████ 0792

| | |
|---|---|
| New Balance Total | $17,276.88 |
| Total Minimum Payment Due | $674.00 |
| Payment Due Date | 03/20/2020 |

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

Enter payment amount    $ ☐☐☐☐☐☐☐ . ☐☐

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

LEWIS E KEENER SR   |   Account # ▮▮▮▮▮▮▮▮0792   |   January 24 - February 23, 2020

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 02/20 | 02/21 | LATE FEE FOR PAYMENT DUE | | 0792 | 39.00 | |
| | | **TOTAL FEES FOR THIS PERIOD** | | | | **$39.00** |
| | | **Interest Charged** | | | | |
| 02/23 | 02/23 | INTEREST CHARGED ON PURCHASES | | | 155.20 | |
| 02/23 | 02/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 02/23 | 02/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 02/23 | 02/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$155.20** |

| 2020 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2020 | $67.00 |
| Total interest charged in 2020 | $155.20 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 16.24%V | | | | $ 11,252.46 | $ 155.20 |
| **Balance Transfers** | 16.24%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 21.49%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 26.49%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

You're a valued customer and we want you to know that we haven't received your current payment due. Please send your payment due today. If you've already mailed it, thank you.




Mileage Plan

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

December 24 - January 23, 2020
Account# ████████ 0792

## Account Summary

| | |
|---|---|
| Previous Balance | $17,054.68 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$28.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $17,082.68 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $417.32 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $417.32 |
| Statement Closing Date | 01/23/2020 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $17,082.68 |
| Current Payment Due | $198.00 |
| Past Due Amount | $170.00 |
| Total Minimum Payment Due | $368.00 |
| Payment Due Date | 02/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%.**
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 29 years | $39,129.00 |
| $603.00 | 36 months | $21,708.00 (Savings = $17,421.00) |

**If you would like information about credit counseling services, call 866.300.5238.**

---

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: ████████ 0792

| | |
|---|---|
| New Balance Total | $17,082.68 |
| Total Minimum Payment Due | $368.00 |
| Payment Due Date | 02/20/2020 |

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

Enter payment amount    $ [            ]

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

LEWIS E KEENER SR  |  Account # ▇▇▇▇▇▇▇ 0792  |  December 24 - January 23, 2020

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 01/20 | 01/21 | LATE FEE FOR PAYMENT DUE | | 0792 | 28.00 | |
| | | **TOTAL FEES FOR THIS PERIOD** | | | | **$28.00** |
| | | **Interest Charged** | | | | |
| 01/23 | 01/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 01/23 | 01/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 01/23 | 01/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 01/23 | 01/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$0.00** |

### 2020 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2020 | $28.00 |
| Total interest charged in 2020 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 16.24%V | | | | $ 0.00 | $ 0.00 |
| **Balance Transfers** | 16.24%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 21.49%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 26.49%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

You're a valued customer and we want you to know that we haven't received your current payment due. Please send your payment due today. If you've already mailed it, thank you.





**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

November 24 - December 23, 2019
Account# ▰▰▰▰ 0792

## Account Summary

| | |
|---|---|
| Previous Balance | $362.90 |
| Payments and Other Credits | −$362.90 |
| Purchases and Adjustments | $17,054.68 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $17,054.68 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $445.32 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $445.32 |
| Statement Closing Date | 12/23/2019 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $17,054.68 |
| Current Payment Due | $170.00 |
| Total Minimum Payment Due | $170.00 |
| Payment Due Date | 01/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%.**
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 29 years | $39,338.00 |
| $602.00 | 36 months | $21,672.00 (Savings = $17,666.00) |

**If you would like information about credit counseling services, call 866.300.5238.**

---

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

Account Number: ▰▰▰▰ 0792

| | |
|---|---|
| New Balance Total | $17,054.68 |
| Total Minimum Payment Due | $170.00 |
| Payment Due Date | 01/20/2020 |

Enter payment amount   $ ▯▯▯▯▯▯▯ . ▯▯

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

⑆524022250⑆ 0817209260079 2⑈

LEWIS E KEENER SR  |  Account # ▬▬▬▬▬▬ 0792  |  November 24 - December 23, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 12/04 | 12/04 | PAYMENT - THANK YOU | 9981 | 0792 | −362.90 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$362.90 |
| | | **Purchases and Adjustments** | | | | |
| 11/17 | 12/10 | FRAUD DISPUTE | 4000 | 0792 | 845.07 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 0610 | 0792 | 5,910.15 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 9605 | 0792 | 5,910.15 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 4100 | 0792 | 4,389.31 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $17,054.68 |
| | | **Interest Charged** | | | | |
| 12/23 | 12/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | | Interest Charges by Transaction Type | |
|---|---|---|---|---|---|---|---|---|
| **Purchases** | 16.24%V | | | | $ | 0.00 | $ | 0.00 |
| **Balance Transfers** | 16.24%V | | | | $ | 0.00 | $ | 0.00 |
| **Direct Deposit and Check Cash Advances** | 21.49%V | | | | $ | 0.00 | $ | 0.00 |
| **Bank Cash Advances** | 26.49%V | | | | $ | 0.00 | $ | 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

 **BANK OF AMERICA**


**Alaska.**
Mileage Plan

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

\*CARD SERVICES
LEWIS E KEENER SR
ATTN: FRAUD CLAIMS DEPT.
P O BOX 982237
EL PASO TX  79998-2237

October 24 - November 23, 2019
Account# ▮▮▮▮▮▮▮ 1801

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $17,054.68 |
| **Fees Charged** | $0.00 |
| **Interest Charged** | $0.00 |
| New Balance Total | $17,054.68 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $445.32 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $445.32 |
| Statement Closing Date | 11/23/2019 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $17,054.68 |
| Current Payment Due | $0.00 |
| Total Minimum Payment Due | $0.00 |
| Payment Due Date | 12/20/2019 |

**If you would like information about credit counseling services, call 866.300.5238.**

---

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: ▮▮▮▮▮▮ 1801

| | |
|---|---|
| New Balance Total | $17,054.68 |
| Total Minimum Payment Due | $0.00 |
| Payment Due Date | 12/20/2019 |

Enter payment amount     $

\*CARD SERVICES
LEWIS E KEENER SR
ATTN: FRAUD CLAIMS DEPT.
P O BOX 982237
EL PASO TX  79998-2237

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

*CARD SERVICES
LEWIS E KEENER SR   |   Account # ■■■■■■■■■ 1801   |   October 24 - November 23, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 11/17 | 11/20 | FRAUD DISPUTE | 9605 | 1801 | 5,910.15 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 4100 | 1801 | 4,389.31 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 0610 | 1801 | 5,910.15 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 4000 | 1801 | 845.07 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $17,054.68 |
| | | **Interest Charged** | | | | |
| 11/23 | 11/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | | Interest Charges by Transaction Type | |
|---|---|---|---|---|---|---|---|---|
| **Purchases** | 16.49%V | | | | $ | 0.00 | $ | 0.00 |
| **Balance Transfers** | 16.49%V | | | | $ | 0.00 | $ | 0.00 |
| **Direct Deposit and Check Cash Advances** | 21.74%V | | | | $ | 0.00 | $ | 0.00 |
| **Bank Cash Advances** | 26.74%V | | | | $ | 0.00 | $ | 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

As a reminder, account fees and transaction fees may be assessed on this account. Please refer to your Agreement for a complete listing of fees that may be assessed on this account.





**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

September 24 - October 23, 2019
Account# ▇▇▇▇▇ 1801

## Account Summary

| | |
|---|---:|
| Previous Balance | $0.00 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $323.44 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $323.44 |
| Total Credit Line | $5,000.00 |
| Total Credit Available | $4,676.56 |
| Cash Credit Line | $1,500.00 |
| Portion of Credit Available for Cash | $1,500.00 |
| Statement Closing Date | 10/23/2019 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---:|
| New Balance Total | $323.44 |
| Current Payment Due | $25.00 |
| Total Minimum Payment Due | $25.00 |
| Payment Due Date | 11/20/2019 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**. **Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 15 months | $353.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

---

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: ▇▇▇▇▇ 1801

| | |
|---|---:|
| New Balance Total | $323.44 |
| Total Minimum Payment Due | $25.00 |
| Payment Due Date | 11/20/2019 |

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

Enter payment amount   $ [          ] . [    ]

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

LEWIS E KEENER SR   |   Account # ▨▨▨▨▨▨ 1801   |   September 24 - October 23, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 09/26 | 09/27 | GUNDRY MD, LLC       800-8520477  CA | 8057 | 1801 | 134.85 | |
| 10/03 | 10/03 | HBI*HEAL N SOOTHE      888-521-8005 TX | 9085 | 1801 | 48.95 | |
| 10/10 | 10/11 | PSV*Oxford Communiqu   877-6539124  MD | 2911 | 1801 | 139.64 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $323.44 |
| | | **Interest Charged** | | | | |
| 10/23 | 10/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 10/23 | 10/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 10/23 | 10/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 10/23 | 10/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 16.49%V | | | | $ 0.00 | $ 0.00 |
| **Balance Transfers** | 16.49%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 21.74%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 26.74%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Your Reward Summary

### ALASKA AIRLINES CREDIT CARD REWARDS

**324   BASE PURCHASE MILES**

**324   MILES TO ALASKA AIRLINES**

REVIEW/REDEEM MILES: WWW.ALASKAAIR.COM

**Make the most of your rewards program today!**

VISA ∫IGNATURE          



**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178

**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234

**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

SS 1026   N 996 802 1     12183 #@01 AB 0.412

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

September 24 - October 23, 2019
Account# ████████ 1801

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $323.44 |
| **Fees Charged** | $0.00 |
| **Interest Charged** | $0.00 |
| New Balance Total | $323.44 |
| Total Credit Line | $5,000.00 |
| Total Credit Available | $4,676.56 |
| Cash Credit Line | $1,500.00 |
| Portion of Credit Available for Cash | $1,500.00 |
| Statement Closing Date | 10/23/2019 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $323.44 |
| Current Payment Due | $25.00 |
| Total Minimum Pa... | $25.00 |
| Payment Due Date | 1/20/2019 |

**4150**

**Late Payment W...**                                      ...m
Payment by the d   DATE   11/4/2019            e of up to
$39.00 and your                                 of 29.99%.

**Total Minimum**  PAY TO   Bank of America 1801  **Minimum**
Payment each pe...                               ...ke you
longer to pay off

If you make no   AMOUNT   $ 323.44            ...ill end up
charges using                                    ...estimated
and each mont   MEMO                             ...l of

      Only the T...                              3.00
      Minimum Pa   CATEG.   BOA Alaska Air 1801
                            /9242
If you would li...          Prosperity Bank      ...vices, call
866.300.5238   ACCT.

LEWIS E KEENER SR  |  Account #          1801  |  September 24 - October 23, 2019



## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 09/26 | 09/27 | GUNDRY MD, LLC        800-8520477  CA | 8057 | 1801 | 134.85 | |
| 10/03 | 10/03 | HBI*HEAL N SOOTHE     888-521-8005 TX | 9085 | 1801 | 48.95 | |
| 10/10 | 10/11 | PSV*Oxford Communiqu  877-6539124  MD | 2911 | 1801 | 139.64 | |
| | | **TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD** | | | | $323.44 |
| | | **Interest Charged** | | | | |
| 10/23 | 10/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 10/23 | 10/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 10/23 | 10/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 10/23 | 10/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | $0.00 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 16.49%V | | | | $ 0.00 | $ 0.00 |
| Balance Transfers | 16.49%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 21.74%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 26.74%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Your Reward Summary

**ALASKA AIRLINES CREDIT CARD REWARDS**

| 324 | BASE PURCHASE MILES |
|---|---|
| 324 | MILES TO ALASKA AIRLINES |

REVIEW/REDEEM MILES: WWW.ALASKAAIR.COM

Make the most of your
rewards program today!

 VISA SIGNATURE

 *Alaska.*
Mileage Plan

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

July 24 - August 23, 2019
Account#  ■■■■■■■■ 1801

## Account Summary

| | |
|---|---|
| Previous Balance | $47.98 |
| Payments and Other Credits | −$47.98 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $0.00 |
| Total Credit Line | $5,000.00 |
| Total Credit Available | $5,000.00 |
| Cash Credit Line | $1,500.00 |
| Portion of Credit Available for Cash | $1,500.00 |
| Statement Closing Date | 08/23/2019 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $0.00 |
| Current Payment Due | $0.00 |
| Total Minimum Payment Due | $0.00 |
| Payment Due Date | 09/20/2019 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%. If you would like information about credit counseling services, call 866.300.5238.**

 COPY

──────────────────────────────

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

Account Number: ■■■■■■■■ 1801

| | |
|---|---|
| New Balance Total | $0.00 |
| Total Minimum Payment Due | $0.00 |
| Payment Due Date | 09/20/2019 |

Enter payment amount   $ [          .     ]

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

LEWIS E KEENER SR   |   Account # ▆▆▆▆▆▆▆ 1801   |   July 24 - August 23, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 08/06 | 08/06 | PAYMENT - THANK YOU | 9616 | 1801 | −47.98 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$47.98 |
| | | **Interest Charged** | | | | |
| 08/23 | 08/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 08/23 | 08/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 08/23 | 08/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 08/23 | 08/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 16.99%V | | | | $    0.00 | $    0.00 |
| **Balance Transfers** | 16.99%V | | | | $    0.00 | $    0.00 |
| **Direct Deposit and Check Cash Advances** | 22.24%V | | | | $    0.00 | $    0.00 |
| **Bank Cash Advances** | 27.24%V | | | | $    0.00 | $    0.00 |

APR Type Definitions Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Your Reward Summary

**ALASKA AIRLINES CREDIT CARD REWARDS**

0   BASE PURCHASE MILES

0   MILES TO ALASKA AIRLINES

REVIEW/REDEEM MILES: WWW.ALASKAAIR.COM

Make the most of your
rewards program today!

VISA ∫IGNATURE



Mileage Plan

SS 0726   N 148 075 15   24584 #@01 AB 0.412

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

Customer Service Information:
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
Mail billing inquiries to:
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
Mail payment to:
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

June 24 - July 23, 2019
Account # ████████1801

## Account Summary

| | |
|---|---|
| Previous Balance | $295.00 |
| Payments and Other Credits | −$295.00 |
| Purchases and Adjustments | $47.98 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $47.98 |
| Total Credit Line | $5,000.00 |
| Total Credit Available | $4,952.02 |
| Cash Credit Line | $1,500.00 |
| Portion of Credit Available for Cash | $1,500.00 |
| Statement Closing Date | 07/23/2019 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $47.98 |
| Current Payment Due | $25.00 |
| Total Minimum Payment Due | $25.00 |
| Payment Due Date | 08/20/2019 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 2 months | $48.00 |

If you would like information about credit counseling services, call **866.300.5238.**

LEWIS E KEENER SR   |   Account # ████ 1801   |   June 24 - July 23, 2019



## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 07/09 | 07/09 | PAYMENT - THANK YOU | 3712 | 1801 | −295.00 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$295.00 |
| | | **Purchases and Adjustments** | | | | |
| 07/20 | 07/20 | BLS*COMODO        888-351-6105 NJ | 3880 | 1801 | 47.98 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $47.98 |
| | | **Interest Charged** | | | | |
| 07/23 | 07/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 07/23 | 07/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 07/23 | 07/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 07/23 | 07/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | | Interest Charges by Transaction Type | |
|---|---|---|---|---|---|---|---|---|
| Purchases | 16.99%V | | | | $ | 0.00 | $ | 0.00 |
| Balance Transfers | 16.99%V | | | | $ | 0.00 | $ | 0.00 |
| Direct Deposit and Check Cash Advances | 22.24%V | | | | $ | 0.00 | $ | 0.00 |
| Bank Cash Advances | 27.24%V | | | | $ | 0.00 | $ | 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

**VISA ∫IGNATURE**


Mileage Plan

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

SS 0626   N 477 413 1     11635 #@02 AB 0.412

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

May 24 - June 23, 2019
Account# ████████1801

## Account Summary

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $295.00 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $295.00 |
| Total Credit Line | $5,000.00 |
| Total Credit Available | $4,705.00 |
| Cash Credit Line | $1,500.00 |
| Portion of Credit Available for Cash | $1,500.00 |
| Statement Closing Date | 06/23/2019 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $295.00 |
| Current Payment Due | $25.00 |
| Total Minimum Payment Due | $25.00 |
| Payment Due Date | 07/20/2019 |

Late Paym
Payment by
$39.00 and
Total Minir
Payment ea
longer to pa
If you make
charges us
and each n
Only th
Minimum
If you woul
866.300.52:

Minimum
ate fee of up to
APR of **29.99%**.
Total Minimum
ill take you

ou will end up
an estimated
total of
$320.00

ervices, call

**4005**

DATE   7/8/2019

PAY TO   Bank of America 1801

AMOUNT   $ 295.00

MEMO

CATEG.   BOA Alaska Air 1801 /9242

ACCT.   Prosperity Bank

LEWIS E KEENER SR  |  Account #          1801  |  May 24 - June 23, 2019



## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 06/10 | 06/11 | AMERICAN LEAK DETECTION OPLANO      TX | 8936 | 1801 | 295.00 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $295.00 |
| | | **Interest Charged** | | | | |
| 06/23 | 06/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 06/23 | 06/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 06/23 | 06/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 06/23 | 06/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | | Interest Charges by Transaction Type | |
|---|---|---|---|---|---|---|---|---|
| Purchases | 16.99%V | | | | $ | 0.00 | $ | 0.00 |
| Balance Transfers | 16.99%V | | | | $ | 0.00 | $ | 0.00 |
| Direct Deposit and Check Cash Advances | 22.24%V | | | | $ | 0.00 | $ | 0.00 |
| Bank Cash Advances | 27.24%V | | | | $ | 0.00 | $ | 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Your Reward Summary

**ALASKA AIRLINES CREDIT CARD REWARDS**

| 295 | BASE PURCHASE MILES |
|---|---|
| 295 | MILES TO ALASKA AIRLINES |

REVIEW/REDEEM MILES: WWW.ALASKAAIR.COM

Make the most of your
rewards program today!