# EXHIBIT 8



MENU

MARY

Call details

| Filter | |
|---|---|

Feb 24 - Mar 23, 2020

Total: 768 minutes                                                                Total charges: $0.00

| Date & Time (Pacific) | Destination | Number | Min | Type | Charge |
|---|---|---|---|---|---|
| 03/12/2020,05:43 PM | Incoming | (214) 317-1559 | 6 Min | -- | -- |
| 03/12/2020,03:48 PM | Incoming | (833) 966-2091 | 1 Min | -- | -- |
| 03/12/2020,10:04 AM | to Dallas/TX | (214) 696-9000 | 2 Min | -- | -- |
| 03/12/2020,10:03 AM | to Dallas/TX | (214) 750-3624 | 1 Min | -- | -- |
| 03/12/2020,09:47 AM | Incoming | (972) 324-0300 | 2 Min | -- | -- |
| 03/12/2020,08:59 AM | Incoming | (214) 696-9000 | 4 Min | -- | -- |
| 03/12/2020,08:27 AM | to Dallas/TX | (214) 696-9000 | 3 Min | -- | -- |
| 03/12/2020,08:26 AM | to Dallas/TX | (214) 696-9000 | 2 Min | -- | -- |
| 03/12/2020,07:54 AM | to Dallas/TX | (214) 696-9000 | 1 Min | -- | -- |
| 03/12/2020,07:53 AM | to Dallas/TX | (214) 750-3624 | 1 Min | -- | -- |
| 03/12/2020,07:40 AM | 1-800 # | (800) 472-7970 | 11 Min | -- | -- |
| 03/11/2020,08:28 PM | to Bainbdg Is/WA | (206) 451-9563 | 49 Min | T-Mobile to T-Mobile | -- |
| 03/11/2020,07:56 PM | Incoming | (800) 427-2449 | 9 Min | -- | -- |
| 03/11/2020,07:46 PM | Incoming | (214) 960-3575 | 11 Min | -- | -- |
| 03/11/2020,06:06 PM | to Dallas/TX | (214) 696-9000 | 5 Min | -- | -- |
| 03/11/2020,06:03 PM | to Dallas/TX | (214) 670-7252 | 1 Min | -- | -- |
| 03/11/2020,06:02 PM | to Dallas/TX | (214) 744-4444 | 1 Min | -- | -- |
| 03/11/2020,05:54 PM | to Dallas/TX | (214) 750-3624 | 1 Min | -- | -- |
| 03/11/2020,05:34 PM | to Grand Prar/TX | (214) 797-7856 | 1 Min | T-Mobile to T-Mobile | -- |
| 03/11/2020,03:50 PM | 1-800 # | (800) 607-9826 | 2 Min | -- | -- |
| 03/11/2020,03:26 PM | Incoming | (214) 317-1559 | 22 Min | -- | -- |
| 03/11/2020,03:06 PM | to Grand Prar/TX | (214) 317-1559 | 2 Min | -- | -- |
| 03/10/2020,04:16 PM | to Sanbarbara/CA | (805) 451-8665 | 24 Min | -- | -- |
| 03/10/2020,01:24 PM | to Dallas/TX | (214) 744-4444 | 6 Min | -- | -- |
| 03/10/2020,01:22 PM | to Dallas/TX | (214) 670-7253 | 2 Min | -- | -- |
| 03/10/2020,12:17 PM | Incoming | (214) 696-9000 | 9 Min | -- | -- |
| 03/10/2020,11:10 AM | 1-855 # | (855) 227-2557 | 1 Min | -- | -- |
| 03/09/2020,03:04 PM | to Grand Prar/TX | (214) 914-1794 | 1 Min | -- | -- |
| 03/09/2020,01:19 PM | 1-800 # | (800) 607-9826 | 52 Min | -- | -- |
| 03/08/2020,04:05 PM | 1-800 # | (800) 347-7997 | 2 Min | -- | -- |
| 03/08/2020,02:08 PM | Incoming | (214) 317-1559 | 2 Min | -- | -- |
| 03/08/2020,01:49 PM | to Grand Prar/TX | (214) 317-1559 | 13 Min | -- | -- |
| 03/08/2020,09:15 AM | to Grand Prar/TX | (214) 317-1559 | 1 Min | -- | -- |
| 03/07/2020,05:21 PM | to Grand Prar/TX | (214) 797-7856 | 1 Min | T-Mobile to T-Mobile | -- |
| 03/07/2020,05:19 PM | to Grand Prar/TX | (214) 797-7856 | 2 Min | T-Mobile to T-Mobile | -- |
| 03/07/2020,04:47 PM | Incoming | (214) 797-7856 | 1 Min | T-Mobile to T-Mobile | -- |
| 03/07/2020,04:45 PM | to Grand Prar/TX | (214) 797-7856 | 2 Min | T-Mobile to T-Mobile | -- |
| 03/07/2020,01:22 PM | Incoming | (214) 797-7856 | 2 Min | T-Mobile to T-Mobile | -- |
| 03/07/2020,12:22 PM | to Grand Prar/TX | (214) 797-7856 | 1 Min | T-Mobile to T- | |

| | | | | | |
|---|---|---|---|---|---|
| 03/07/2020,11:22 AM | to Grand Prar/TX | (214) 797-7856 | 1 Min | T-Mobile to T-Mobile | -- |
| 03/07/2020,10:00 AM | Incoming | (214) 797-7856 | 1 Min | T-Mobile to T-Mobile | -- |
| 03/06/2020,04:59 PM | to Grand Prar/TX | (214) 797-7856 | 2 Min | T-Mobile to T-Mobile | -- |
| 03/06/2020,03:40 PM | to Dallas/TX | (214) 742-8387 | 1 Min | -- | -- |
| 03/06/2020,10:00 AM | Incoming | (214) 797-7856 | 2 Min | T-Mobile to T-Mobile | -- |
| 03/06/2020,08:28 AM | 1-800 # | (800) 849-3597 | 4 Min | -- | -- |
| 03/06/2020,07:46 AM | Incoming | (214) 317-1559 | 2 Min | -- | -- |
| 03/05/2020,05:56 PM | Incoming | (214) 797-7856 | 2 Min | T-Mobile to T-Mobile | -- |
| 03/05/2020,04:59 PM | to Grand Prar/TX | (214) 797-7856 | 2 Min | T-Mobile to T-Mobile | -- |
| 03/05/2020,04:56 PM | to Grand Prar/TX | (214) 317-1559 | 2 Min | -- | -- |
| 03/05/2020,04:54 PM | to Grand Prar/TX | (214) 914-1794 | 2 Min | -- | -- |

**1**    **2**    **3**

Download usage records

**Connect with T-Mobile**    ⓘ  f  🐦  ▶                    English    Español

Support                         Coverage
                Store locator                              Feedback
Contact us                      T-Mobile.com

ⓘ  f  🐦  ▶        Copyright ©2002-2021 T-Mobile USA, INC

**T**    About    Investor relations    Press    Careers    Deutsche Telekom    Puerto Rico

Privacy notice    Interest-based ads    Privacy Center    Consumer information    Public safety/911    Terms & conditions    Terms of use

Accessibility    Open Internet    Do Not Sell My Personal Information

 

MENU

MARY

Call details

| Filter | | Mar 24 - Apr 23, 2020 |
|---|---|---|

Total: 541 minutes                                    Total charges: $0.27

| Date & Time (Pacific) | Destination | Number | Min | Type | Charge |
|---|---|---|---|---|---|
| 04/23/2020,11:14 AM | Incoming | (972) 945-1430 | 1 Min | -- | -- |
| 04/23/2020,08:12 AM | to Grand Prar/TX | (214) 797-7856 | 1 Min | T-Mobile to T-Mobile | -- |
| 04/22/2020,02:41 PM | Incoming | (747) 282-2036 | 1 Min | -- | -- |
| 04/21/2020,05:55 PM | to Dallas/TX | (972) 380-8646 | 1 Min | -- | -- |
| 04/20/2020,02:28 PM | to Grand Prar/TX | (214) 797-7856 | 1 Min | T-Mobile to T-Mobile | -- |
| 04/20/2020,09:57 AM | to Dallas/TX | (214) 671-3543 | 1 Min | -- | -- |
| 04/19/2020,08:06 PM | Incoming | (805) 451-8665 | 7 Min | Call Waiting | -- |
| 04/19/2020,07:59 PM | to Duluth/MN | (218) 590-3871 | 8 Min | -- | -- |
| 04/17/2020,08:14 PM | to Sanbarbara/CA | (805) 451-8665 | 36 Min | -- | -- |
| 04/17/2020,06:43 PM | to Plano/TX | (972) 578-7656 | 2 Min | -- | -- |
| 04/17/2020,04:46 PM | Incoming | (877) 337-4230 | 2 Min | -- | -- |
| 04/17/2020,01:56 PM | 1-800 # | (800) 472-7970 | 84 Min | -- | -- |
| 04/17/2020,10:58 AM | to Grand Prar/TX | (214) 317-1559 | 2 Min | -- | -- |
| 04/17/2020,09:05 AM | Incoming | (214) 797-7856 | 1 Min | T-Mobile to T-Mobile | -- |
| 04/16/2020,04:17 PM | Incoming | (214) 797-7856 | 11 Min | T-Mobile to T-Mobile | -- |
| 04/14/2020,04:54 PM | to Grand Prar/TX | (214) 914-1794 | 5 Min | -- | -- |
| 04/13/2020,05:29 PM | to Dallas/TX | (972) 380-8646 | 1 Min | -- | -- |
| 04/12/2020,09:34 PM | Incoming | (805) 451-8665 | 28 Min | -- | -- |
| 04/10/2020,03:46 PM | Incoming | (972) 898-2644 | 4 Min | -- | -- |
| 04/10/2020,10:49 AM | Incoming | (214) 317-1559 | 12 Min | -- | -- |
| 04/08/2020,06:23 PM | Incoming | (806) 304-4458 | 1 Min | -- | -- |
| 04/08/2020,11:17 AM | to Plano/TX | (972) 473-9000 | 2 Min | -- | -- |
| 04/08/2020,11:14 AM | to Grand Prar/TX | (214) 797-7856 | 3 Min | T-Mobile to T-Mobile | -- |
| 04/08/2020,10:29 AM | to Grand Prar/TX | (214) 797-7856 | 1 Min | T-Mobile to T-Mobile | -- |
| 04/08/2020,10:25 AM | Incoming | (972) 473-9000 | 4 Min | Call Waiting | -- |
| 04/08/2020,10:24 AM | to Grand Prar/TX | (214) 797-7856 | 4 Min | T-Mobile to T-Mobile | -- |
| 04/08/2020,09:09 AM | Incoming | (972) 473-9000 | 2 Min | -- | -- |
| 04/07/2020,11:29 AM | 1-800 # | (800) 552-7302 | 58 Min | -- | -- |
| 04/06/2020,02:19 PM | to Dallas/TX | (214) 857-0551 | 4 Min | -- | -- |
| 04/03/2020,07:40 PM | Incoming | (972) 668-3680 | 8 Min | -- | -- |
| 04/02/2020,03:11 PM | to Grand Prar/TX | (972) 880-0701 | 2 Min | -- | -- |
| 04/02/2020,12:51 PM | to Frisco/TX | (972) 668-3680 | 2 Min | -- | -- |
| 04/01/2020,09:11 PM | to Grand Prar/TX | (214) 797-7856 | 2 Min | T-Mobile to T-Mobile | -- |
| 04/01/2020,06:27 PM | to Grand Prar/TX | (214) 317-1559 | 1 Min | -- | -- |
| 04/01/2020,06:27 PM | to Grand Prar/TX | (214) 317-1559 | 1 Min | -- | -- |
| 04/01/2020,06:19 PM | to Duluth/MN | (218) 590-3871 | 8 Min | -- | -- |
| 04/01/2020,06:12 PM | to Grand Prar/TX | (214) 317-1559 | 1 Min | -- | -- |
| 04/01/2020,06:09 PM | Incoming | (214) 317-1559 | 2 Min | -- | -- |

| 04/01/2020,05:38 PM | Incoming | (214) 317-1559 | 14 Min | -- | -- |
| 04/01/2020,03:05 PM | Incoming | (800) 543-3562 | 11 Min | Call Waiting | -- |
| 04/01/2020,02:53 PM | 1-800 # | (800) 849-3597 | 13 Min | -- | -- |
| 04/01/2020,12:13 PM | Incoming | (805) 451-8665 | 25 Min | -- | -- |
| 03/31/2020,05:55 PM | to Dallas/TX | (972) 380-8646 | 2 Min | -- | -- |
| 03/31/2020,04:52 PM | to Bainbdg Is/WA | (206) 451-9563 | 21 Min | T-Mobile to T-Mobile | -- |
| 03/30/2020,06:30 PM | 1-800 # | (800) 276-9939 | 1 Min | -- | -- |
| 03/30/2020,01:42 PM | to Grand Prar/TX | (214) 797-7856 | 1 Min | T-Mobile to T-Mobile | -- |
| 03/30/2020,09:04 AM | Incoming | (214) 797-7856 | 4 Min | T-Mobile to T-Mobile | -- |
| 03/28/2020,10:40 AM | Incoming | (800) 435-6927 | 2 Min | -- | -- |
| 03/27/2020,05:24 PM | to Bainbdg Is/WA | (206) 451-9563 | 25 Min | T-Mobile to T-Mobile | -- |
| 03/27/2020,04:57 PM | Out-of-Plan Number | (978) 990-5000 | 27 Min | Free Calls | 0.27 |

1  **2**

Download usage records

## Connect with T-Mobile  ⓘ f 𝕏 ▶

English   Español

**Support**

Store locator

**Contact us**

**Coverage**

Feedback

T-Mobile.com

ⓘ f 𝕏 ▶   Copyright ©2002-2021 T-Mobile USA, INC

About   Investor relations   Press   Careers   Deutsche Telekom   Puerto Rico

Privacy notice   Interest-based ads   Privacy Center   Consumer information   Public safety/911   Terms & conditions   Terms of use

Accessibility   Open Internet   Do Not Sell My Personal Information