# EXHIBIT 9

keen.deak@verizon.net

___

| | |
|---|---|
| **From:** | Bank of America Alert <customer.assistance.bac@assist.bankofamerica.com> |
| **Sent:** | Thursday, May 21, 2020 3:00 PM |
| **To:** | keen.deak@verizon.net |
| **Subject:** | Lewis E Keener Sr, Important information about your credit card |

**ACCOUNT CLOSURE**
Account number ending in 6447



# Unfortunately, we've made the decision to close your credit card account ending in 6447 on 5/21/2020.

We wanted to let you know about this change in your credit card account status as soon as possible. We want to make sure you understand how this change could affect you and what you can expect.

We'll be sending you a separate letter by mail to explain why we made this change. Please read it carefully. It provides you with more detailed information.

If you have any recurring payments linked to this account, please be sure to make other payment arrangements.

We apologize for any inconvenience closing the account causes you.

Learn more about understanding and improving credit by visiting Better Money Habits, which provides tools and information to help you manage your money.

Contact Us | Privacy & Security

You're receiving this servicing email as part of your existing relationship with us.

Bank of America, PO Box 25118, Tampa, FL 33622.

Bank of America, N.A. Member FDIC. Equal Housing Lender
©2020 Bank of America Corporation. All rights reserved.

This email was sent to: keen.deak@verizon.net

EMAIL-11-19-0469.A



**keen.deak@verizon.net**

| | |
|---|---|
| **From:** | Bank of America Alert <customer.assistance.bac@assist.bankofamerica.com> |
| **Sent:** | Thursday, May 21, 2020 3:01 PM |
| **To:** | keen.deak@verizon.net |
| **Subject:** | Lewis E Keener Sr, Important information about your credit card |

**ACCURATE CLOSURE**
Account number ending in 5220

**BANK OF AMERICA**

# Unfortunately, we've made the decision to close your credit card account ending in 5220 on 5/21/2020.

We wanted to let you know about this change in your credit card account status as soon as possible. We want to make sure you understand how this change could affect you and what you can expect.

We'll be sending you a separate letter by mail to explain why we made this change. Please read it carefully. It provides you with more detailed information.

If you have any recurring payments linked to this account, please be sure to make other payment arrangements.

We apologize for any inconvenience closing the account causes you.

(i) Learn more about understanding and improving credit by visiting Better Money Habits, which provides tools and information to help you manage your money.

Contact Us | Privacy & Security

You're receiving this servicing email as part of your existing relationship with us.

1

Bank of America, PO Box 25118, Tampa, FL 33622.

Bank of America, N.A. Member FDIC. Equal Housing Lender 🏠
©2020 Bank of America Corporation. All rights reserved.

This email was sent to: keen.deak@verizon.net

EMAIL-11-19-0469.A