# EXHIBIT 11

Lewis E Keener
18535 Michaelangelo Dr
Dallas, TX  75287-3324

June 2, 2020

Bank of America
P O Box 982234
El Paso, TX  79998-2234

Re: Account███████████-0792

I am writing another letter because I noticed that I sent the previous package to a Dallas, TX  address
and not this El Paso, Tx address.

I am enclosing a copy of all previous written communication regarding the balance on this account. They
document the various times I have contacted Bank of America in order to have this balance removed
from my account.

There is a letter attached dated March 17, 2020 from Bank of America, stating that the claim has been
resolved in my favor and that the charges and interest and fees will be credited to my account. That
credit has not been applied to my account.

In addition, 2 other Bank of America credit card accounts have been closed because there is a balance
on this account. The closure of these accounts is based on false information. I am sure this action will
have a negative impact on my credit report, which will harm me financially

I have enclosed a copy of the police report that has been filed showing that a charge of 17,054.68 was
fraudulently charged to my credit card.

The inaction of Bank of America to correct this situation has been a great injustice to me and has caused
significant grief, pain, and loss to me.

I am requesting a written response that shows you are responding to correct this injustice and close out
these false charges and interest and fees.

Lewis E Keener

**SENDER: COMPLETE THIS SECTION**

☑ Complete items 1, 2, and 3.
☑ Print your name and address on the reverse
   so that we can return the card to you.
☑ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Bank of America
P O Box 851001
Dallas Tx 75285-1001

9590 9402 5894 0049 8050 35

2. Article Number (Transfer from service label)

016 1130 0000 6042 0218

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

MAY 9 2 2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

Lewis E Keener
18535 Michaelangelo Dr
Dallas, TX  75287-3324

May 25, 2020

Bank of America
P O Box 851001
Dallas, TX  75285-1001

Re: Account ███████████-0792

I am writing you to let you know that a great injustice has been done and has caused grief, pain, and loss to me.

I have enclosed a copy of the letter and attachments sent on January 30, 2020. The documents show the numerous times I have contacted Bank of America to have this matter resolved. In addition to the letter, I have made numerous phone calls to attempt to reach someone who will correct the account and each time I have been promised that the account will be corrected but no action has been taken.

Also enclosed is a letter to me dated March 17, 2020, that states the claim has been resolved in my favor and that the charges and interest and fees will be credited. That credit has not been applied to my account.

I have three accounts with Bank of America. On May 21, 2020, I received two emails telling me that the other two accounts have been closed. It is apparent that these accounts are being closed because of the balance still showing on this account. This is a decision that is unwarranted and I have done nothing to cause the closures.

I have also enclosed a police report that I filed showing the crime that was committed against me by someone charging 17,054.68 to my credit card.

I am requesting a written response that shows you are responding to correct this injustice and close out these false charges and interest and fees.

Lewis E Keener

DALLAS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 802915-2020**



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL [X] SUPP | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|
| NA-99999999-Z6 | CREDIT CARD OR DEBIT CARD | | 11/17/2019 06:40 AM | 11/17/2019 06:48 AM | 03/10/2020 02:55 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T20003657 | 18535 Michaelangelo Drive, Dallas, TX 75287 | 121912/Jacqueline Gardner |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| OTHER/UNKNOWN | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|---|
| **1** | V | Keener, SR | Lewis | Edward | *** | *** | | * | *** | *** |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE | |
| | *** | *** | *** | | | | | | | |
| | EMAIL | | RESIDENCE ADDRESS | | | | | HOME PHONE | | |
| | keen.deak@verizon.net | | *** | | | | | *** | | |
| | EMPLOYER NAME | | BUSINESS ADDRESS | | | | | WORK PHONE | | |
| | | | *** | | | | | | | |

## NARRATIVE

Someone charged a total of  $17054.68 on my credit card, I did not do this and as you can see I told Bank of America about it and disputed the charges.  The Bank said I should file a Police report so I am
Thank you



**BANK OF AMERICA** 

www.bankofamerica.com

LL 0320    269 630    25078 #@01 AB 0.419
LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

March 17, 2020

Account number ending in: 1801

Lewis E Keener Sr:

Good news - your claim has been resolved.

We're happy to let you know a credit(s) has been placed on your
account that includes any interest charges and fees that you were
charged. You don't have to do anything on your end - you'll see the
credit(s) on your monthly statement. We appreciate your patience and
are happy we could resolve this for you.

It's important you know that sometimes we receive new information from
the merchant that can cause your claim to be reopened. Don't worry, if
this happens, we'll let you know and if we need anything additional
from you.

**Your security is our priority**
Together, we can make the strongest possible defense against fraud.
You can take simple steps like using strong, unique passwords for
Online and Mobile Banking, and by confirming the email address and
mobile number we have are up to date. You can also sign up for
customized alerts to let you know when something unusual happens with
your account.

Thank you for being our client.

*866-266-0212*

FR2 FCRP 1-1 US-EN                    01 of 01

**BANK OF AMERICA** 〰️

*Alaska.*
Mileage Plan

P.O. BOX 15284
WILMINGTON, DE 19850

Customer Service Information:
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
Mail billing inquiries to:
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
Mail payment to:
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

April 24 - May 23, 2020
Account# ███████0792

## Account Summary

| | |
|---|---|
| Previous Balance | $17,800.25 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| Fees Charged | $39.00 |
| **Interest Charged** | **$216.98** |
| New Balance Total | $18,056.23 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 05/23/2020 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $18,056.23 |
| Current Payment Due | $433.00 |
| Past Due Amount | $1,545.00 |
| Total Minimum Payment Due | $1,978.00 |
| Payment Due Date | 06/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be increased up to the Penalty APR of 29.99%. **Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay: | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of: |
|---|---|---|
| Only the Total Minimum Payment | 28 years | $37,212.00 |

If you would like information about credit counseling services, call 866.300.5238.

23   ████████████████████0792

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: ████████0792

| | |
|---|---|
| New Balance Total | $18,056.23 |
| Total Minimum Payment Due | $1,978.00 |
| Payment Due Date | 06/20/2020 |

Enter payment amount   $

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

⑆ ███████████ 0792 ⑈

keen.deak@verizon.net

| | |
|---|---|
| **From:** | Bank of America Alert <customer.assistance.bad@assist.bankofamerica.com> |
| **Sent:** | Thursday, May 21, 2020 3:00 PM |
| **To:** | keen.deak@verizon.net |
| **Subject:** | Lewis E Keener Sr, Important information about your credit card |

**ACCOUNT CLOSURE**
Account number ending in 6447



# Unfortunately, we've made the decision to close your credit card account ending in 6447 on 5/21/2020.

We wanted to let you know about this change in your credit card account status as soon as possible. We want to make sure you understand how this change could affect you and what you can expect.

We'll be sending you a separate letter by mail to explain why we made this change. Please read it carefully. It provides you with more detailed information.

If you have any recurring payments linked to this account, please be sure to make other payment arrangements.

We apologize for any inconvenience closing the account causes you.

Learn more about understanding and improving credit by visiting Better Money Habits, which provides tools and information to help you manage your money.

Contact Us | Privacy & Security

You're receiving this servicing email as part of your existing relationship with us.

1

Bank of America, PO Box 25118, Tampa, FL 33622.

Bank of America, N.A. Member FDIC. Equal Housing Lender
©2020 Bank of America Corporation. All rights reserved.

This email was sent to: keen.deak@verizon.net

EMAIL-11-19-0469.A



`

**keen.deak@verizon.net**

| | |
|---|---|
| **From:** | Bank of America Alert <customer.assistance.bac@assist.bankofamerica.com> |
| **Sent:** | Thursday, May 21, 2020 3:01 PM |
| **To:** | keen.deak@verizon.net |
| **Subject:** | Lewis E Keener Sr, Important information about your credit card |

**ACCOUNT CLOSURE**
Account number ending in 5220

**BANK OF AMERICA**

# Unfortunately, we've made the decision to close your credit card account ending in 5220 on 5/21/2020.

We wanted to let you know about this change in your credit card account status as soon as possible. We want to make sure you understand how this change could affect you and what you can expect.

We'll be sending you a separate letter by mail to explain why we made this change. Please read it carefully. It provides you with more detailed information.

If you have any recurring payments linked to this account, please be sure to make other payment arrangements.

We apologize for any inconvenience closing the account causes you.

ⓘ Learn more about understanding and improving credit by visiting Better Money Habits, which provides tools and information to help you manage your money.

Contact Us | Privacy & Security

You're receiving this servicing email as part of your existing relationship with us.

1

Bank of America, PO Box 25118, Tampa, FL 33622.

Bank of America, N.A. Member FDIC. Equal Housing Lender 🏠
©2020 Bank of America Corporation. All rights reserved.

This email was sent to: keen.deak@verizon.net

EMAIL-11-19-0469.A

Lewis E Keener
18535 Michaelangelo Dr
Dallas, TX  75287

January 30, 2020

Bank of America
P O Box 851001
Dallas, TX  75285-1001

Re: Account ████████-0792

I am writing to you regarding a dispute of charges on this account that we have been told is being researched.
Here are the charges in question:
11/17   Slydepay        845.07
11/17   Immo Sarl       4,389.31
11/17   rexinternational.net    5,910.15
11/17   rexinternational.net    5,910.15
These charges total 17,054.68

I have called 3 times about these charges and even though the charges are in research, I would like to send you a written statement for our records.

On the October 23, 2019 statement you can see printed there that the credit limit on this account was $5,000.00. I did not request a credit increase, but on the November 23, 2019 statement the credit line shows $17,500.00. Evidently it was changed before these charges were accepted on the account. After the phone calls and the dispute of charges, the credit line was changed again. On the December 23, 2019 statement it shows $5,400.00.

I was contacted in November, 2019, to verify the charges and immediately called and stated these were not my charges.

I looked online to identify the vendors involved. It appears these charges were made for 2 international air flights and an international hotel. I have not traveled by air to an international destination for many years. I am a senior adult on a fixed income. I am a disabled veteran with multiple health issues. I am not able to travel long distances. It is preposterous to think these charges were made by me.

I believe that is was Bank of America's error to accept these charges when they are 12,000 over the credit limit on this account. I think it is harmful to my credit rating to keep these charges on my account.

I would appreciate an update on the research into these charges and I would especially like for you to remove them from my balance as soon as possible.  The January 23, 2020, statement shows a payment is due and that the account is past due. I have a very good credit rating and I do not want my credit rating to be adversely affected because of this error. I am innocent of any wrong-doing.

Thank you in advance for a prompt response.

Sincerely,

Lewis E Keener





Mileage Plan

SS 0127  N 867 954 12   24813 #001 AB 0.412

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

Customer Service Information:
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
Mail billing inquiries to:
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
Mail payment to:
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

December 24 - January 23, 2020
Account#  ████████████0792

## Account Summary

| | |
|---|---|
| Previous Balance | $17,054.68 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| Fees Charged | $28.00 |
| Interest Charged | $0.00 |
| New Balance Total | $17,082.68 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $417.32 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $417.32 |
| Statement Closing Date | 01/23/2020 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $17,082.68 |
| Current Payment Due | $198.00 |
| Past Due Amount | —— $170.00 |
| Total Minimum Payment Due | $368.00 |
| Payment Due Date | 02/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**. **Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 29 years | $39,129.00 |
| $603.00 | 36 months | $21,708.00 (Savings = $17,421.00) |

If you would like information about credit counseling services, call **866.300.5238.**

---

23  ████████████  0792

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

| Account Number: ████████ 0792 | |
|---|---|
| New Balance Total | $17,082.68 |
| Total Minimum Payment Due | $368.00 |
| Payment Due Date | 02/20/2020 |

Enter payment amount  $

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

0792

LEWIS E KEENER SR   |   Account #   [REDACTED] 0792   |   December 24 - January 23, 2020



## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 01/20 | 01/21 | LATE FEE FOR PAYMENT DUE | | 0792 | 28.00 | |
| | | **TOTAL FEES FOR THIS PERIOD** | | | | $28.00 |
| | | **Interest Charged** | | | | |
| 01/23 | 01/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 01/23 | 01/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 01/23 | 01/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 01/23 | 01/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | $0.00 |

| 2020 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2020 | $28.00 |
| Total interest charged in 2020 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 16.24%V | | | | $ 0.00 | $ 0.00 |
| Balance Transfers | 16.24%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 21.49%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 26.49%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V~ Variable Rate (rate may vary)

## Important Messages

You're a valued customer and we want you to know that we haven't received your current payment due  Please send your payment due today. If you've already mailed it, thank you.



**BANK OF AMERICA** 

www.bankofamerica.com

LL 1212    315 576      26475 #@01 AB 0.412
LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

December 10, 2019

Account number ending in: 1801

Lewis E Keener Sr: unfortunately, we're unable to approve your recent
fraud claim.

Our research included the information you provided with your claim,
your account history, and if available, information from the merchant,
such as a signed receipt or contract. We confirmed the following:

- We confirmed the charge(s) was made using one of your verified
devices, like a cell phone or tablet.

What's Next
-    Any temporary credits applied to your account will be removed.
     You'll see it on your monthly statement, along with any additional
     charges or fees you owe.
-    If your account was past due at the time of your claim, and no
     payments were made, it will return to that same status.
-    Please continue to make the required payments on your account.

If you have new or additional information that wasn't provided
earlier, please submit to PO Box 982237, El Paso, TX 79998 or call us
at 800.472.7970, Monday through Friday, 8 a.m. to 7 p.m. Eastern.

Thank you for your patience while we researched your claim.

FR2 DENY 1-1 US-EN                        01 of 01

 

**VISA SIGNATURE**

***Alaska.***
Mileage Plan

SS 1227  N 678 698 1    26319 #001 AB 0.412

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

Customer Service Information:
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
Mail billing inquiries to:
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
Mail payment to:
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

November 24 - December 23, 2019
Account# 4              0792

## Account Summary

| | |
|---|---|
| Previous Balance | $362.90 |
| Payments and Other Credits | −$362.90 |
| Purchases and Adjustments | $17,054.68 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance Total | $17,054.68 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $445.32 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $445.32 |
| Statement Closing Date | 12/23/2019 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $17,054.68 |
| Current Payment Due | $170.00 |
| Total Minimum Payment Due | $170.00 |
| Payment Due Date | 01/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be increased up to the Penalty APR of 29.99%. **Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 29 years | $39,338.00 |
| $602.00 | 36 months | $21,672.00 (Savings = $17,666.00) |

If you would like information about credit counseling services, call 866.300.5238.

---

23                                                    0792

**BANK OF AMERICA**
**P.O. BOX 851001**
**DALLAS TX 75285-1001**

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

| | |
|---|---|
| Account Number: | 0792 |
| New Balance Total | $17,054.68 |
| Total Minimum Payment Due | $170.00 |
| Payment Due Date | 01/20/2020 |
| Enter payment amount | $ |

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

0792 20



LEWIS E KEENER SR   |   Account #  ████████ 0792   |   November 24 - December 23, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 12/04 | 12/04 | PAYMENT - THANK YOU | 9981 | 0792 | −362.90 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$362.90 |
| | | **Purchases and Adjustments** | | | | |
| 11/17 | 12/10 | FRAUD DISPUTE | 4000 | 0792 | 845.07 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 0610 | 0792 | 5,910.15 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 9605 | 0792 | 5,910.15 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 4100 | 0792 | 4,389.31 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $17,054.68 |
| | | **Interest Charged** | | | | |
| 12/23 | 12/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 16.24%V | | | | $ 0.00 | $ 0.00 |
| Balance Transfers | 16.24%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 21.49%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 26.49%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

# VISA SIGNATURE

## *Alaska.* Mileage Plan

Customer Service Information:
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
Mail billing inquiries to:
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
Mail payment to:
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

88 1127  N 781 801 12   06749 #801 AB 0.412

LEWIS E KEENER SR
16535 MICHAELANGELO DR
DALLAS TX  75287-3324

October 24 - November 23, 2019
Account ▮▮▮▮▮ 0792

## Account Summary

| | |
|---|---|
| Previous Balance | $323.44 |
| Payments and Other Credits | −$17,378.12 |
| Purchases and Adjustments | $17,417.58 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance Total | $362.90 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $17,137.10 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $5,400.00 |
| Statement Closing Date | 11/23/2019 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $362.90 |
| Current Payment Due | $25.00 |
| Total Minimum Payment Due | $25.00 |
| Payment Due Date | 12/20/2019 |

Late Payment W—
Payment by the c
$39.00 and your
Total Minimum
Payment each pei
longer to pay off

um
e of up to
f 29.99%.
Minimum
e you

If you make no a
.changes using tl
and each month.

Only the Tot
Minimum Paym

If you would like
866.300.5238.

l end up
:timated
of

es, call

4180

DATE  12/2/2019

PAY TO  Bank of America 0792

AMOUNT  $362.90

MEMO

CATEG.  BOA Alaska Air 0792

ACCT.  Prosperity Bank

LEWIS E KEENER SR  |  Account #  ████████ 0792  |  October 24 - November 23, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 11/05 | 11/05 | PAYMENT - THANK YOU | 2465 | 1801 | −323.44 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 9605 | 0792 | −5,910.15 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 4100 | 0792 | −4,389.31 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 0610 | 0792 | −5,910.15 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 4000 | 0792 | −845.07 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$17,378.12 |
| | | **Purchases and Adjustments** | | | | |
| 11/02 | 11/04 | HEALTHY*BACK INSTITUTE  800-216-4908 TX | 7617 | 1801 | 49.95 | |
| 11/02 | 11/04 | PAYPAL *AFA-DALLAS     402-935-7733 CA | 5917 | 1801 | 25.00 | |
| 11/14 | 11/15 | PSV*Oxford Communiqu   877-6539124 MD | 4842 | 1801 | 287.95 | |
| 11/17 | 11/19 | SLYDEPAY       ACCRA | 4000 | 1801 | 845.07 | |
| | | 4,620.00 GHS | | | | |
| 11/17 | 11/19 | IMMO SARL      OUAGADOUGOU | 4100 | 1801 | 4,389.31 | |
| | | 2,596,000 XOF | | | | |
| 11/17 | 11/19 | rexinternational.net   https://rexin | 0610 | 1801 | 5,910.15 | |
| | | 500,000.00 BDT | | | | |
| 11/17 | 11/19 | rexinternational.net   https://rexin | 9605 | 1801 | 5,910.15 | |
| | | 500,000.00 BDT | | | | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $17,417.58 |
| | | **Interest Charged** | | | | |
| 11/23 | 11/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

### 2019 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 16.49%V | | | | $ 0.00 | $ 0.00 |
| Balance Transfers | 16.49%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 21.74%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 26.74%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)





**BANK OF AMERICA**
www.bankofamerica.com

LL 1130   017 851        41506 #801 A3 0.412
LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

November 26, 2019

Account ending in: 1801

Lewis E Keener Sr:

We've issued a temporary credit for $17,054.68 while we conduct our
research.

**What you can expect**
* You'll see the temporary credit on your next statement.
* Due to the extensive research required to resolve your claim,
  it may take some time before we're able to inform you of the
  final result.
* We'll contact you once we've resolved your inquiry.
* If it's determined through our research that the
  transaction(s) is valid, the temporary credit we applied to
  your account may be reversed.

**We're here to help**
We appreciate the opportunity to serve your financial needs. If you
have questions, please call us at 800.472.7970, Monday through Friday,
8 a.m. to 7 p.m. Eastern.

FE2 FOTO 1-1 US-EN                    01 of 01

keen.deak@verizon.net

| | |
|---|---|
| **From:** | Bank of America <billpay@billpay.bankofamerica.com> |
| **Sent:** | Monday, February 24, 2020 7:56 PM |
| **To:** | keen.deak@verizon.net |
| **Subject:** | You have a new e-Bill from Bank of America Credit Card |
| **Importance:** | High |

## Bill Pay Alert

**Bank of America**

### You have a new e-Bill from Bank of America Credit Card - Alaska Airlines:

Bank of America

| | |
|---|---|
| **Pay To Account Number:** | ************0792 |
| **Due Date:** | 03/20/2020 |
| **Minimum Amount Due:** | $ 674.00 |
| **Amount Due:** | $ 674.00 |
| **Account Balance:** | $ 17,276.88 |

<u>View and Pay This e-Bill</u>

**Please do not reply to this email.**

**Contact us about this email**
If you have any questions, please either call the phone number on your account statement or use the <u>Contact Us</u> page, so we can properly verify your identity.

**Email Preferences**
This is a service email from Bank of America. Please note that you may receive service email in accordance with your Bank of America service agreements, whether or not you elect to receive promotional email.

**Privacy and Security**
Keeping your financial information secure is one of our most important responsibilities. For an explanation of how we manage customer information, please read our <u>Privacy Policy</u>. You can also learn how Bank of America keeps your <u>personal information secure</u> and how you can help protect yourself.

1

Bank of America Email, 8th Floor, 101 South Tryon St., Charlotte, NC 28255-0001

**Bank of America, N.A. Member FDIC. Equal Housing Lender** ☎
©2020 Bank of America Corporation. All rights reserved.

========================================
**Please do not delete this section.**
Email_ID:#020238143402422019793_
========================================