# EXHIBIT 13

Lewis E Keener
18535 Michaelangelo Dr
Dallas, TX  75287-3324


July 6, 2020

Bank of America
P O Box 982234
El Paso, TX  79998-2234

Re: Account ███████-0792

I received another statement for this account.

As you can see with the attached letter, I sent a letter on June 2, 2020 by return receipt requested. I have not received a reply to this letter.

I sent a letter dated May 29, 2020. I received a reply saying I should receive a communication in the near future but I have not received a reply.

There is a letter attached dated March 27, 2020 stating that the claim has been resolved in my favor and that the charges and interest and fees will be credited to my account. That credit has not been applied and it has been more than 3 months since that letter.

This matter has been going on long enough to create a great injustice to me and to my credit rating. I did not create this problem and I believe it is time for the credit department to resolve this.

If you read the papers you will see that this charge applied to my account in error has resulted in the cancellation of two other credit cards. These accounts have never had a past due payment and have been paid promptly over many years. The decision to close my accounts was not justified.

I am requesting a written, timely response to all of the letters you have received. It should show that the account has been credited and resulting in a balance of zero. Please rectify the errors that have occurred.


Lewis E Keener





www.bankofamerica.com

LL 0608     482 271        33242 #@01 AB 0.419
LEWIS E KEENER SR
18585 MICHAELANGELO DR
DALLAS TX 75287-3324

June 04, 2020

Account number ending in: 1801

Lewis E Keener Sr:

We're forwarding your recent inquiry to the most appropriate business area to review and respond to this matter. You should receive a communication in the near future.

We're here to help
We appreciate the opportunity to serve your financial needs. If you have questions, please call us at 1.800.472.7970, Monday through Friday, from 8 a.m. to 7 p.m. Eastern.



**BANK OF AMERICA**

P.O. BOX 15284
WILMINGTON, DE 19050

*Alaska.*
Mileage Plan

**Statement Enclosed**

SS 0626  N 452 865 1      26269 #@01 AB 0.419

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX  75285-1001

May 24 - June 23, 2020
Account# ████████0792

## Account Summary

| | |
|---|---:|
| Previous Balance | $18,056.23 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| Fees Charged | $39.00 |
| Interest Charged | $227.48 |
| New Balance Total | $18,322.71 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 06/23/2020 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---:|
| New Balance Total | $18,322.71 |
| Current Payment Due | $447.00 |
| Past Due Amount | $1,978.00 |
| Total Minimum Payment Due | $2,425.00 |
| Payment Due Date | 07/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be increased up to the Penalty APR of 29.99%.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 28 years | $37,267.00 |

If you would like information about credit counseling services, call 866.300.5238.

---

23                                                                                               0792

**BANK OF AMERICA**
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: ████████0792

| | |
|---|---:|
| New Balance Total | $18,322.71 |
| Total Minimum Payment Due | $2,425.00 |
| Payment Due Date | 07/20/2020 |

Enter payment amount   $

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
*Mail this coupon along with your check payable to: Bank of America*



LEWIS E KEENER SR  |  Account # ████████0792  |  May 24 - June 23, 2020



## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 06/20 | 06/22 | LATE FEE FOR PAYMENT DUE | | 0792 | 39.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $39.00 |
| | | **Interest Charged** | | | | |
| 06/23 | 06/23 | INTEREST CHARGED ON PURCHASES | | | 227.48 | |
| 06/23 | 06/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 06/23 | 06/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 06/23 | 06/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $227.48 |

### 2020 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2020 | $223.00 |
| Total interest charged in 2020 | $1,045.03 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 14.74%V | | | | $ 18,171.12 | $ 227.48 |
| Balance Transfers | 14.74%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 19.99%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 24.99%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)