# EXHIBIT 14



**BANK OF AMERICA** 

www.bankofamerica.com

```
LL 0720    139 814      43664 #@01 AB 0.419
LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324
```

July 16, 2020

Account number ending in: 1801

Lewis E Keener Sr:

We're forwarding your recent inquiry to the most appropriate business area to review and respond to this matter. You should receive a communication in the near future.

We're here to help
We appreciate the opportunity to serve your financial needs. If you have questions, please call us at 1.800.472.7970, Monday through Friday, from 8 a.m. to 7 p.m. Eastern.

*I have not received any communication since July 16, 2010.*

FR2 FWRO 1-1 US-EN                                   01 of 01