# EXHIBIT 17



1100 Superior Avenue, 19th Floor  
Cleveland, Ohio 44114-2521  
O: 216-623-0000  
F: 216-623-0190  
Toll Free: 866-881-2400  

August 13, 2020

Lewis E Keener Sr  
18535 Michaelangelo Dr  
Dallas, TX 75287-3324  

RE:   File No. - 1821665 TS  
Current Creditor - Bank of America, N.A.  
Consumer - Lewis E. Keener Sr.  
Account No. - *************0792  
Balance Due - $18,545.99  

Dear Lewis E Keener Sr:

We represent the above current creditor concerning the above balance due, which was placed with us for collection.

Unless you, within 30 days after receipt of this notice, dispute the validity of the debt, or any portion thereof, we will assume the debt is valid. If you notify us in writing within the 30-day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by us. Upon your written request within the 30-day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please call us at (800) 837-4601 ( Option 2 ); Monday & Wednesday: 8AM-7PM, Tuesday, Thursday, & Friday 8AM-5PM, Saturday: 8AM-12PM (Eastern Time).

Sincerely,

Javitch Block LLC



1821665 TS

This account is issued and administered by Bank of America, N.A., successor in interest to FIA Card Services, N.A.

Bar admission (OH, IN, KY, TN, TX, & WV) information for our attorneys is listed on our website at www.jbllc.com