# EXHIBIT 18



*A Limited Liability Company*

1100 Superior Avenue, 19th Floor
Cleveland, Ohio 44114-2521
O: 216-623-0000
F: 216-623-0190
Toll Free: 866-881-2400

August 14, 2020

Lewis E Keener Sr
18535 Michaelangelo Dr
Dallas, TX 75287-3324

RE:  Our File No.       —   1821665 TS
     Current Creditor   -   Bank of America, N.A.
     Consumer           -   Lewis E. Keener Sr.

Dear Lewis E Keener Sr:

Your request for verification was received by our office regarding the above file. Below please find the verification you requested.

Specifically:
DATE VERIFIED:              August 14, 2020
AMOUNT OF DEBT:             Balance Due   $18,545.99

CURRENT CREDITOR:           Bank of America, N.A.
ADDRESS OF CREDITOR         655 Paper Mill Road
                            Newark, DE 19711
ACCOUNT NUMBER:             ************0792
SOCIAL SECURITY NUMBER:     XXX-XX-5990
DATE ACCOUNT WAS OPENED:    January 24, 2012
DATE OF MOST RECENT PAYMENT: December 04, 2019

If you have any questions, please call (800) 837-4601 during business hours: Monday & Wednesday: 8AM-7PM, Tuesday, Thursday, & Friday 8AM-5PM, Saturday: 8AM-12PM (Eastern Time).

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Thank you for your attention to this matter.

Sincerely,

Javitch Block LLC



1821665  TS

This account is issued and administered by Bank of America, N.A., successor in interest to FIA Card Services, N.A.

Bar admission (OH, IN, KY, TN, TX, & WV) information for our attorneys is listed on our website at www.jbllc.com