# EXHIBIT 20



## BANK OF AMERICA

www.bankofamerica.com

```
LL 0831     564 511      32772 #@01 AB 0.419
LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324
```

August 27, 2020

Account number ending in: 0792
Research request number: 748899

Our review determined that we accurately reported to the consumer credit reporting agencies. At this time we consider your dispute resolved.

**What you need to know**
We received your inquiry to adjust information previously reported to the consumer credit reporting agencies for the above-referenced request. We've completed our investigation and have confirmed:

- The account information is being reported accurately to your file.
- This account is being reported as charged off on July 31, 2020.
- This account is being reported with a current balance of $1,491.00.