# EXHIBIT 21

Lewis E Keener, Sr
18535 Michaelangelo Dr
Dallas, TX  75287

September 8, 2020

Equifax Information Services LLC
P O Box 740256
Atlanta, GA  30374-0256

Re:  Bank of America closed account ██████████-0792

I have reviewed my credit report from Bank of America and I find that there is major derogatory information from them on my report.

I would like to explain what has happened and I would like the information to be placed in my file at your reporting agency.  On November 17, 2019, four fraudulent charges were placed on my account for a total of $17,054.68. On my October 23, 2019, statement my credit line was $5,000.00. Sometime before these charges were made, my credit line was changed to $17,500.00. I did not request this change and I was not aware that it had increased until I received a statement with these charges on it. Bank of America contacted me by text in November, 2019, to verify the charges. I immediately called and told them these were not my charges.

After I contacted them, the credit line was decreased to $ 5,400.00, again without my knowledge or consent. I disputed the charges, and within one week, they wrote back that the dispute was not accepted.

I looked online to identify the vendors involved so that I could contact them. I was not able to contact them because they were international vendors and had no contact information on their websites. The charges were made for 2 international air flights and an international hotel. I have not traveled by air to any international destination for several years. I am a disabled veteran with multiple health issues, unable to travel long distances. I filed a police report of fraudulent activity.

Bank of America sent a letter dated March 17, 2020, stating that the claim had been resolved in my favor and that the charges and interest and fees would be credited to my account. That credit was not applied to my account.

At first, I attempted to call them to get this straightened out. I made 3 phone calls. The conclusion of each call was that they would give me a credit and that I did not owe the balance. But no one did the adjustment.

Since that did not get results, I have repeatedly sent a letter by return receipt requested with every recent statement requesting that my account be rectified. They have sent 2 letters saying they would contact me regarding my letters but no one has contacted me.

On May 21, 2020, Bank of America closed 2 other credit card accounts I had with them, accounts ending in 6447 and 5220. Both of these accounts had a zero balance and no late payments. They had no reason to close the accounts except for the dispute of these charges on the referenced account.

I noticed online that it was possible to go to a Bank of America location to talk to a representative face to face. I scheduled an appointment and met with a bank officer on August 5, 2020. The end result was that they gave me a phone number to call and said they could not resolve the issue.

I called one more time on August 12, 2020 because I could not find my account on the credit report and because my online account had been deleted. I found at this time that my account has been turned over to a collection agency. I have requested information from the collection agency for the details of the account they are setting up.

I am attaching the evidence I have of all the attempts I have made to settle this situation.

Please contact me as soon as possible to tell me what I can do to get the derogatory comment off my account, since contacting Bank of America seems to lead to dead ends. I feel like I have been treated unjustly and that I cannot find a way to remove the charges from the account.

Regards,

Lewis E Keener, Sr

·8/13/2020                                    ScoreSense | Equifax

Who are the sex offenders in your neighborhood?   **Get Protected**                                ×

# scoresense<sup>ııl</sup>

🜂 **Bureau Message:** FRAUD VICTIM. "INITIAL ALERT". CONSUMER HAS REQUESTED AN ALERT BE PLACED ON THEIR CREDIT FILE. DAYTIME 2147970335 EX-00000 EVENING 2147970335 EX-00000

## Equifax

**829**   Excellent
          **As of:** August 11, 2020
          How are my scores calculated? ▶

# Your Personal Information

   LEWIS KEENER

**Also known as:**

**Current Address:**
18535 MICHAELANGELO DR
DALLAS, TX 75287

**Employer History:**
COLLEGE STUDENT
N/A
CTS CORPORATION
N/A

**Date of Birth:**
1947

**Address History:**
208 N CAMPBELL DR A
SPRINGDALE, AR 72762

## Accounts Summary        Total Balances: **$177,722**        Total Payments: **$1,607**

8/13/2020

ScoreSense | Equifax

 **Revolving Credit**
Balance          Payment
$24,759          $748

 **Real Estate**
Balance          Payment
$152,963         $859

 **Installment Loans**
Balance          Payment
$0               $0

 **Other Accounts**
Balance          Payment
$0               $0

## All Accounts

# Your Accounts
Reported from Equifax 08.10.2020

### Viewing All Account Types

 **Bank Of America**
Act.# 414734···········

| | | | |
|---|---|---|---|
| | Closed | 01.24.2012 Opened | $17,500 Credit Limit | $18,545 Balance |

**Individual Account**    Revolving Account Type    Closed Condition    07.25.2020 Date Reported    $406 Payment

**Payment History**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

2020   **5** Late Payments

   **30**   **60**   **90**   **120**   **120**

2019  **0** Late Payments

2018  **0** Late Payments

**Creditor Contact:** 4060 OGLETOWN/STANTON RD DE5-019-03-07, NEWARK, DE 19713 | (800) 421-2110

 **Jpmcb - Home Len...**   Current
Act.# 465132········

| | | | |
|---|---|---|---|
| | | 10.25.2019 Opened | $155,000 High Balance | $152,963 Balance |

**Joint Account**    Home Loan Account Type    Open Condition    08.05.2020 Date Reported    $859 Payment

Lewis E Keener, Sr
18535 Michaelangelo Dr
Dallas, TX  75287


September 8, 2020


Experian
P O Box 4500
Allen, TX  75013


Re:  Bank of America closed account ██████████-0792

I have reviewed my credit report from Bank of America and I find that there is major derogatory information from them on my report.

I would like to explain what has happened and I would like the information to be placed in my file at your reporting agency.  On November 17, 2019, four fraudulent charges were placed on my account for a total of $17,054.68. On my October 23, 2019, statement my credit line was $5,000.00. Sometime before these charges were made, my credit line was changed to $17,500.00. I did not request this change and I was not aware that it had increased until I received a statement with these charges on it. Bank of America contacted me by text in November, 2019, to verify the charges. I immediately called and told them these were not my charges.

After I contacted them, the credit line was decreased to $ 5,400.00, again without my knowledge or consent. I disputed the charges, and within one week, they wrote back that the dispute was not accepted.

I looked online to identify the vendors involved so that I could contact them. I was not able to contact them because they were international vendors and had no contact information on their websites. The charges were made for 2 international air flights and an international hotel. I have not traveled by air to any international destination for several years. I am a disabled veteran with multiple health issues, unable to travel long distances. I filed a police report of fraudulent activity.

Bank of America sent a letter dated March 17, 2020, stating that the claim had been resolved in my favor and that the charges and interest and fees would be credited to my account. That credit was not applied to my account.

At first, I attempted to call them to get this straightened out. I made 3 phone calls. The conclusion of each call was that they would give me a credit and that I did not owe the balance. But no one did the adjustment.

Since that did not get results, I have repeatedly sent a letter by return receipt requested with every recent statement requesting that my account be rectified. They have sent 2 letters saying they would contact me regarding my letters but no one has contacted me.

On May 21, 2020, Bank of America closed 2 other credit card accounts I had with them, accounts ending in 6447 and 5220. Both of these accounts had a zero balance and no late payments. They had no reason to close the accounts except for the dispute of these charges on the referenced account.

I noticed online that it was possible to go to a Bank of America location to talk to a representative face to face. I scheduled an appointment and met with a bank officer on August 5, 2020. The end result was that they gave me a phone number to call and said they could not resolve the issue.

I called one more time on August 12, 2020 because I could not find my account on the credit report and because my online account had been deleted. I found at this time that my account has been turned over to a collection agency. I have requested information from the collection agency for the details of the account they are setting up.

I am attaching the evidence I have of all the attempts I have made to settle this situation.

Please contact me as soon as possible to tell me what I can do to get the derogatory comment off my account, since contacting Bank of America seems to lead to dead ends. I feel like I have been treated unjustly and that I cannot find a way to remove the charges from the account.

Regards,

Lewis E Keener, Sr

8/13/2020                                         ScoreSense | Alerts

Who are the sex offenders in your neighborhood?    **Get Protected**    ✕

# scoresense⠇⠇⠇

# Alerts

We keep you informed about changes that can affect your family, your identity and your credit.

Receive alerts on your mobile phone. **Sign up for text messages today.**

All  |  Credit  |  Family Safety  |  Identity

Displaying 1 - 3 of 3 Alerts                    [ ★ Starred (0) ]  [ 🗄 Archive ]

| DATE | TYPE | MESSAGE | STAR | ARCH |
|------|------|---------|------|------|
| | | Sign up for identity and sex offender alerts | **Sign Up For Alerts** | ✕ |
| ⌃ 06/26/2020 | Credit | Negative information has been added to your credit report. | ☆ | 🗑 |

**Alert Type:** Potentially Negative - Major Derogatory
**Source:** Experian
**Alert Date:** 06/26/2020
**Balance Amount:** $18,322.00
**Is Collection:** No
**Open Date:** 06/23/2020
**Payment Status:** Grid Code 5 (150 Days Delinquent)
**Status Date:** 06/23/2020
**Name:** BANK OF AMERICA
**Phone:** (800) 421-2110
**Business Type:** BC
**Street Address:** PO BOX 982238
**City:** EL PASO
**State:** TX
**Zip:** 79998-2238

About this Alert ⌄

| ⌃ 05/28/2020 | Credit | Negative information has been added to your credit report. | ☆ | 🗑 |

**Alert Type:** Potentially Negative - Major Derogatory
**Source:** Experian
**Alert Date:** 05/28/2020
**Balance Amount:** $18,056.00
**Is Collection:** No
**Open Date:** 05/23/2020
**Payment Status:** Grid Code 4 (120 Days Delinquent)
**Status Date:** 05/23/2020
**Name:** BANK OF AMERICA
**Phone:** (800) 421-2110
**Business Type:** BC
**Street Address:** PO BOX 982238
**City:** EL PASO

ScoreSense | Alerts

State: TX
Zip: 79998-2238

About this Alert ⌄

⌃ 05/21/2020      Credit              Your credit card usage has changed                    ☆      🖾

Alert Type: Credit - Credit Usage Decrease
Source: Experian
Alert Date: 05/21/2020
Balance Date: 05/16/2020
Balance Amount: $0.00
Credit Limit: $300.00
Current Usage: 0%
Prev Balance Date: 04/16/2020
Prev Balance Amount: $134.00
Prev Credit Limit: $300.00
Previous Usage: 45%
Name: BANK OF AMERICA
Business Type: BC
Street Address: PO BOX 982238
City: EL PASO
State: TX
Zip: 79998-2238
Phone: (800) 421-2110

About this Alert ⌄



**BANK OF AMERICA** 

www.bankofamerica.com

LL 0831     564 511     32772 #901 AB 0.419
LEWIS E KEENER SR
18585 MICHAELANGELO DR
DALLAS TX 75287-3324

August 27, 2020

Account number ending in: 0792
Research request number: 748899

Our review determined that we accurately reported to the consumer
credit reporting agencies. At this time we consider your dispute
resolved.

**What you need to know**
We received your inquiry to adjust information previously reported to
the consumer credit reporting agencies for the above-referenced
request. We've completed our investigation and have confirmed:

- The account information is being reported accurately to your file.
- This account is being reported as charged off on July 31, 2020.
- This account is being reported with a current balance of $1,491.00.

CBM CRD4 1-1 US-EN                    01 of 02

**For delivery information, visit our website at www.usps.com®.**

Cleveland, OH 44114

| Certified Mail Fee | $3.55 | | 0252 |
|---|---|---|---|

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)          $ $0.00
- ☐ Return Receipt (electronic)        $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required            $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postmark
AUG 24 2020

Postage $2.20

Total Postage and Fees
$ $8.60

08/24/2020

Sent To ___JAY JACH BLOCK___

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**

BENT TREE
4475 TRINITY MILLS RD
DALLAS, TX 75287-9998
(800)275-8777

08/24/2020                              02:19 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope Cleveland  OH  44114 Weight:0 lb 6.60 oz Estimated Delivery Date Friday 08/28/2020 | 1 | | $2.20 |
| Certified USPS Certified Mail # 70173380000014161332 | | | $3.55 |
| Return Receipt USPS Return Receipt # 9590940260069303245 | | | $2.85 |
| Total | | | $8.60 |

Grand Total:                               $8.60

Credit Card Remitd                         $8.60
  Card Name:MasterCard
  Account #:XXXXXXXXXXXX2402
  Approval #:91145Y
  Transaction #:254
  AID:A0000000041010          Chip
  AL:Mastercard
  PIN:Not Required      Mastercard

********************************************
        Due to limited transportation
         availability as a result of
         nationwide COVID-19 impacts
        package delivery times may be
       extended. Priority Mail Express®
          service will not change.
********************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

             Preview your Mail
            Track your Packages
            Sign up for FREE @
          www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

       HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

                Go to:
       https://postalexperience

Lewis E Keener, Sr
18535 Michaelangelo Dr
Dallas, TX  75287


August 20, 2020


Javitch Block
1100 Superior Avenue, 19th Floor
Cleveland, Ohio 44114-2521


Re:  Bank of America closed account ███████████-0792
File No 1821665 TS

I dispute the validity of the debt, the interest charged, and the fees assessed. I deny owing the debt and I refuse to pay any of it. I request that you cease further communications and attempts to collect from me.

Although you sent what you have stated is verification of the debt, all you sent were the statements from BOA showing the charges on the statements. You have not sent original sources of the charges proving that I made the charges and proving that I used a device in my possession to make the charges or proof that I used the services that were paid by these charges. Neither has BOA offered any such proof to me at the time the original charges were added to my account. Nor have I been offered a way to contact the vendor who was paid by BOA to find out original sources of the charges and I cannot, on my own, determine a way to request the vendor to remove the charges. Therefore, it is my determination that you have no actual verification of the debt, only the fact that the charges were added to my account and BOA is insisting that I owe them.

I would like to explain what has happened and I would like the information to be placed in my file at your company.  On November 17, 2019, four fraudulent charges were placed on my account for a total of $17,054.68. On my October 23, 2019, statement my credit line was $5,000.00. Sometime before these charges were made, my credit line was changed to $17,500.00. I did not request this change and I was not aware that it had increased until I received a statement with these charges on it. Bank of America contacted me by text in November, 2019, to verify the charges. I immediately called and told them these were not my charges.

After I contacted them, the credit line was decreased to $ 5,400.00, again without my knowledge or consent. I disputed the charges, and within one week, they wrote back that the dispute was not accepted.

I looked online to identify the vendors involved so that I could contact them. I was not able to contact them because they were international vendors and had no contact information on their websites. The charges were made for 2 international air flights and an international hotel. I have not traveled by air to any international destination for several years. I am a disabled veteran with multiple health issues, unable to travel long distances. I filed a police report of fraudulent activity.

Bank of America sent a letter dated March 17, 2020, stating that the claim had been resolved in my favor and that the charges and interest and fees would be credited to my account. That credit was not applied to my account.

At first, I attempted to call them to get this straightened out. I made 3 phone calls. The conclusion of each call was that they promised to give me a credit and they agreed I did not owe the balance. But no one did the adjustment.

Since that did not get results, I have repeatedly sent a letter by return receipt requested with every recent statement requesting that my account be rectified. They have sent 2 letters saying they would contact me regarding my letters but no one has contacted me.

I noticed online that it was possible to go to a Bank of America location to talk to a representative face to face. I scheduled an appointment and met with a bank officer on August 5, 2020. The end result was that they gave me a phone number to call and said they could not resolve the issue.

I called one more time on August 12, 2020 because my online account had been deleted. I found at this time that my account had been turned over to your collection agency.

I am attaching the evidence I have of all the attempts I have made to settle this situation.

Regards,

Lewis E Keener, Sr

**keen.deak@verizon.net**

| | |
|---|---|
| **From:** | Bank of America <reply@appointment.bankofamerica.com> |
| **Sent:** | Tuesday, August 4, 2020 3:03 PM |
| **To:** | keen.deak@verizon.net |
| **Subject:** | Your banking appointment reminder |

 



# Reminding you of your upcoming appointment on August 05

You're scheduled to meet with us at 11:30 a.m. on August 05.

### Manage appointment

### Your appointment details:

Confirmation #:      **144078957**

1

Where:              **18229 Midway Rd, Dallas, TX 75287**

Phone:              **972.307.4100**

Discussion topic:   **Banking**

When:               **11:30 a.m.-12 p.m., August 05, 2020**

## What to bring:

- Two forms of valid identification

- If you're changing your account status, be sure to bring the required documents

- If you're working on behalf of a family member or plan to discuss a joint account, be sure to bring the appropriate documentation

Have a conflict? No worries. You can reschedule your appointment to suit your schedule.

Change appointment

We'll never ask for your personal information such as SSN or ATM PIN in email messages. If you get an email that looks suspicious or you are not the intended recipient of this email, don't click on any links. Instead, forward to abuse@bankofamerica.com then delete it.

Please don't reply to this automatically generated service email.

Privacy Notice       Equal Housing Lender 🏠

Bank of America, N.A. Member FDIC
© 2020 Bank of America Corporation

Lewis E Keener
18535 Michaelangelo Dr
Dallas, TX  75287-3324


August 3, 2020

Bank of America
P O Box 982234
El Paso, TX  79998-2234

Re: Account ████████████-0792

Behind this letter is an updated statement for this account and a letter I received since the last letter I
sent. The months of letters I have sent have not caused a resolution of this problem.  The phone calls I
have made have not caused a resolution. I have received two replies saying I would be contacted but I
have not been contacted by anyone.

I am still requesting a written, timely response to all of the letters and phone calls you have received. It
should show that the account has been credited and should result in a balance of zero on this account.
Please rectify the errors that have occurred.




Lewis E Keener

**BANK OF AMERICA** 

*Alaska.*
Mileage Plan

P O BOX 15284
WILMINGTON DE 19050

**Statement Enclosed**

SS 0727  N 367 828 1    10179 #201 AB 0.419

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

June 24 - July 23, 2020
Account# ███████0792

## Account Summary

| | |
|---|---|
| Previous Balance | $18,322.71 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$223.28** |
| New Balance Total | $18,545.99 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 07/23/2020 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $18,545.99 |
| Current Payment Due | $406.00 |
| Past Due Amount | $2,425.00 |
| Total Minimum Payment Due | $2,831.00 |
| Payment Due Date | 08/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 28 years | $37,269.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

---

23  ███████████████████ 0792

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: ███████ 0792

| | |
|---|---|
| New Balance Total | $18,545.99 |
| Total Minimum Payment Due | $2,831.00 |
| Payment Due Date | 08/20/2020 |

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

Enter payment amount  $

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

███████████████████████ 0792

LEWIS E KEENER SR | Account # ███████0792 | June 24 - July 23, 2020



## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Interest Charged** | | | | |
| 07/23 | 07/23 | INTEREST CHARGED ON PURCHASES | | | 223.28 | |
| 07/23 | 07/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 07/23 | 07/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 07/23 | 07/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$223.28** |

| 2020 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2020 | $223.00 |
| Total interest charged in 2020 | $1,268.31 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 14.74% V | | | | $ 18,430.39 | $ 223.28 |
| Balance Transfers | 14.74% V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 19.99% V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 24.99% V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

Your statement balance exceeds the Total Credit Line. To ensure uninterrupted use of your account, please make a payment to bring your balance under the Total Credit Line. There is no fee for being over your Total Credit Line.

When this statement was created, the account's Credit Line was in a restricted status and not available for use.

Please read about important amendment(s) to your Credit Card Agreement and/or notices for your account on the enclosed *Important Information* page.



**BANK OF AMERICA**

www.bankofamerica.com

LL 0720    139 814      43664 H@01 AB 0.419
LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

July 16, 2020

Account number ending in: 1801

Lewis E Keener Sr:

We're forwarding your recent inquiry to the most appropriate
business area to review and respond to this matter. You should
receive a communication in the near future.

We're here to help
We appreciate the opportunity to serve your financial needs. If you
have questions, please call us at 1.800.472.7970, Monday through
Friday, from 8 a.m. to 7 p.m. Eastern.

I have not received any communi-
cation since July 16, 2010.

**Lewis E Keener**
**18535 Michaelangelo Dr**
**Dallas, TX  75287-3324**

**July 6, 2020**

**Bank of America**
**P O Box 982234**
**El Paso, TX  79998-2234**

**Re: Account** ▆▆▆▆▆▆**-0792**

I received another statement for this account.

As you can see with the attached letter, I sent a letter on June 2, 2020 by return receipt requested. I have not received a reply to this letter.

I sent a letter dated May 29, 2020. I received a reply saying I should receive a communication in the near future but I have not received a reply.

There is a letter attached dated March 27, 2020 stating that the claim has been resolved in my favor and that the charges and interest and fees will be credited to my account. That credit has not been applied and it has been more than 3 months since that letter.

This matter has been going on long enough to create a great injustice to me and to my credit rating. I did not create this problem and I believe it is time for the credit department to resolve this.

If you read the papers you will see that this charge applied to my account in error has resulted in the cancellation of two other credit cards. These accounts have never had a past due payment and have been paid promptly over many years. The decision to close my accounts was not justified.

I am requesting a written, timely response to all of the letters you have received. It should show that the account has been credited and resulting in a balance of zero. Please rectify the errors that have occurred.

**Lewis E Keener**



**BANK OF AMERICA**

www.bankofamerica.com

```
LL 0608    482 271      33242 #001 AB 0.419
LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324
```

June 04, 2020

Account number ending in: 1801

Lewis E Keener Sr:

We're forwarding your recent inquiry to the most appropriate
business area to review and respond to this matter. You should
receive a communication in the near future.

We're here to help
We appreciate the opportunity to serve your financial needs. If you
have questions, please call us at 1.800.472.7970 Monday through
Friday, from 8 a.m. to 7 p.m. Eastern.

FR2 FWEO 1-1 US-EN                    01 of 01

**BANK OF AMERICA**

*Alaska*
Mileage Plan

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

P.O. BOX 15284
WILMINGTON, DE  19850

**Statement Enclosed**

SS 0626  N 452 865 1     26269 #001 AB 0.419

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

May 24 - June 23, 2020
Account#                    0792

## Account Summary

| | | |
|---|---|---|
| Previous Balance | --- | $18,056.23 |
| Payments and Other Credits | | $0.00 |
| Purchases and Adjustments | | $0.00 |
| Fees Charged | | $39.00 |
| Interest Charged | | $227.48 |
| New Balance Total | | $18,322.71 |
| Total Credit Line | | $17,500.00 |
| Total Credit Available | | $0.00 |
| Cash Credit Line | | $5,400.00 |
| Portion of Credit Available for Cash | | $0.00 |
| Statement Closing Date | | 06/23/2020 |
| Days in Billing Cycle | | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $18,322.71 |
| Current Payment Due | $447.00 |
| Past Due Amount | $1,978.00 |
| Total Minimum Payment Due | $2,425.00 |
| Payment Due Date | 07/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 28 years | $37,267.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

23                                                                      0792

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

| | |
|---|---|
| Account Number:                    0792 | |
| New Balance Total | $18,322.71 |
| Total Minimum Payment Due | $2,425.00 |
| Payment Due Date | 07/20/2020 |
| Enter payment amount | $ |

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

240                                            0792



LEWIS E KEENER SR   |   Account #          0792   |   May 24 - June 23, 2020

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 06/20 | 06/22 | LATE FEE FOR PAYMENT DUE | | 0792 | 39.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | $39.00 |
| | | **Interest Charged** | | | | |
| 06/23 | 06/23 | INTEREST CHARGED ON PURCHASES | | | 227.48 | |
| 06/23 | 06/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 06/23 | 06/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 06/23 | 06/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $227.48 |

| 2020 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2020 | $223.00 |
| Total Interest charged in 2020 | $1,045.03 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 14.74%V | | | | $ 18,171.12 | $ 227.48 |
| Balance Transfers | 14.74%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 19.99%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 24.99%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

Lewis E Keener
18535 Michaelangelo Dr
Dallas, TX  75287-3324

June 2, 2020

Bank of America
P O Box 982234
El Paso, TX  79998-2234

Re: Account███████████-0792

I am writing another letter because I noticed that I sent the previous package to a Dallas, TX  address
and not this El Paso, Tx address.

I am enclosing a copy of all previous written communication regarding the balance on this account. They
document the various times I have contacted Bank of America in order to have this balance removed
from my account.

There is a letter attached dated March 17, 2020 from Bank of America, stating that the claim has been
resolved in my favor and that the charges and interest and fees will be credited to my account. That
credit has not been applied to my account.

In addition, 2 other Bank of America credit card accounts have been closed because there is a balance
on this account. The closure of these accounts is based on false information. I am sure this action will
have a negative impact on my credit report, which will harm me financially

I have enclosed a copy of the police report that has been filed showing that a charge of 17,054.68 was
fraudulently charged to my credit card.

The inaction of Bank of America to correct this situation has been a great injustice to me and has caused
significant grief, pain, and loss to me.

I am requesting a written response that shows you are responding to correct this injustice and close out
these false charges and interest and fees.

Lewis E Keener

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ☒ Complete items 1, 2, and 3.<br>☒ Print your name and address on the reverse so that we can return the card to you.<br>☒ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>MAY 2 2020 |
| 1. Article Addressed to:<br><br>Bank of America<br>P O Box 851001<br>Dallas TX 75285-1001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| (barcode)<br>9590 9402 5894 0049 8050 35 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)  ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>0160 1130 0000 6042 0218 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                     Domestic Return Receipt

Lewis E Keener
18535 Michaelangelo Dr
Dallas, TX  75287-3324

May 25, 2020

Bank of America
P O Box 851001
Dallas, TX  75285-1001

Re: Account ███████████-0792

I am writing you to let you know that a great injustice has been done and has caused grief, pain, and loss to me.

I have enclosed a copy of the letter and attachments sent on January 30, 2020. The documents show the numerous times I have contacted Bank of America to have this matter resolved. In addition to the letter, I have made numerous phone calls to attempt to reach someone who will correct the account and each time I have been promised that the account will be corrected but no action has been taken.

Also enclosed is a letter to me dated March 17, 2020, that states the claim has been resolved in my favor and that the charges and interest and fees will be credited. That credit has not been applied to my account.

I have three accounts with Bank of America. On May 21, 2020, I received two emails telling me that the other two accounts have been closed. It is apparent that these accounts are being closed because of the balance still showing on this account. This is a decision that is unwarranted and I have done nothing to cause the closures.

I have also enclosed a police report that I filed showing the crime that was committed against me by someone charging 17,054.68 to my credit card.

I am requesting a written response that shows you are responding to correct this injustice and close out these false charges and interest and fees.

Lewis E Keener

DALLAS POLICE DEPARTMENT SUMMARY INCIDENT REPORT

**REPORT NUMBER: 802915-2020**



## INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|---|
| NA-99999999-Z6 | CREDIT CARD OR DEBIT CARD | SUPP | | 11/17/2019 06:40 AM | 11/17/2019 06:48 AM | 03/10/2020 02:55 PM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T20003657 | 18535 Michaelangelo Drive, Dallas, TX 75287 | 121912/Jacqueline Gardner |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| OTHER/UNKNOWN | | | | | | |

## PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | V | Keener, SR | Lewis | Edward | *** | *** | | * | *** | *** |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE | |
| | *** | *** | *** | | | | | | | |
| | EMAIL | | RESIDENCE ADDRESS | | | | | HOME PHONE | | |
| | keen.deak@verizon.net | | *** | | | | | *** | | |
| | EMPLOYER NAME | | BUSINESS ADDRESS | | | | | WORK PHONE | | |
| | | | *** | | | | | | | |

## NARRATIVE

Someone charged a total of  $17054.68 on my credit card, I did not do this and as you can see I told Bank of America about it and disputed the charges.  The Bank said I should file a Police report so I am
Thank you



**BANK OF AMERICA** 

www.bankofamerica.com

LL 0320    269 630      25078 #801 AB 0.419
LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

March 17, 2020

Account number ending in: 1801

Lewis E Keener Sr:

Good news - your claim has been resolved.

We're happy to let you know a credit(s) has been placed on your account that includes any interest charges and fees that you were charged. You don't have to do anything on your end - you'll see the credit(s) on your monthly statement. We appreciate your patience and are happy we could resolve this for you.

It's important you know that sometimes we receive new information from the merchant that can cause your claim to be reopened. Don't worry, if this happens, we'll let you know and if we need anything additional from you.

**Your security is our priority**
Together, we can make the strongest possible defense against fraud. You can take simple steps like using strong, unique passwords for Online and Mobile Banking, and by confirming the email address and mobile number we have are up to date. You can also sign up for customized alerts to let you know when something unusual happens with your account.

Thank you for being our client.

*844-266-0212*

FR2 FCRF 1-1 US-EN                    01 of 01

**BANK OF AMERICA**

*Alaska.*
Mileage Plan

P.O. BOX 15284
WILMINGTON, DE 19850

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

April 24 - May 23, 2020
Account# ███████0792

## Account Summary

| | |
|---|---|
| Previous Balance | $17,800.25 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$39.00** |
| **Interest Charged** | **$216.98** |
| New Balance Total | $18,056.23 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 05/23/2020 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $18,056.23 |
| Current Payment Due | $433.00 |
| Past Due Amount | $1,545.00 |
| Total Minimum Payment Due | $1,978.00 |
| Payment Due Date | 06/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be increased up to the Penalty APR of 29.99%. **Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the Total Minimum Payment | 28 years | $37,212.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

23  ███████████████0792

BANK OF AMERICA
P.O. Box 851001
DALLAS TX 75285-1001

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX  75287-3324

Account Number: ███████0792

| | |
|---|---|
| New Balance Total | $18,056.23 |
| Total Minimum Payment Due | $1,978.00 |
| Payment Due Date | 06/20/2020 |

Enter payment amount  $

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

███████████████ 0792 21

**keen.deak@verizon.net**

| | |
|---|---|
| **From:** | Bank of America Alert <customer.assistance.bad@assist.bankofamerica.com> |
| **Sent:** | Thursday, May 21, 2020 3:00 PM |
| **To:** | keen.deak@verizon.net |
| **Subject:** | Lewis E Keener Sr, Important information about your credit card |

**ACCOUNT CLOSURE**
Account number ending in 6447



# Unfortunately, we've made the decision to close your credit card account ending in 6447 on 5/21/2020.

We wanted to let you know about this change in your credit card account status as soon as possible. We want to make sure you understand how this change could affect you and what you can expect.

We'll be sending you a separate letter by mail to explain why we made this change. Please read it carefully. It provides you with more detailed information.

If you have any recurring payments linked to this account, please be sure to make other payment arrangements.

We apologize for any inconvenience closing the account causes you.

Learn more about understanding and improving credit by visiting Better Money Habits, which provides tools and information to help you manage your money.

Contact Us | Privacy & Security

You're receiving this servicing email as part of your existing relationship with us.

Bank of America, PO Box 25118, Tampa, FL 33622.

Bank of America, N.A. Member FDIC. Equal Housing Lender
©2020 Bank of America Corporation. All rights reserved.

This email was sent to: keen.deak@verizon.net

EMAIL-11-19-0469.A



**keen.deak@verizon.net**

| | |
|---|---|
| **From:** | Bank of America Alert <customer.assistance.bac@assist.bankofamerica.com> |
| **Sent:** | Thursday, May 21, 2020 3:01 PM |
| **To:** | keen.deak@verizon.net |
| **Subject:** | Lewis E Keener Sr, Important information about your credit card |

**ACCOUNT CLOSURE**
Account number ending in 5220

**BANK OF AMERICA**

# Unfortunately, we've made the decision to close your credit card account ending in 5220 on 5/21/2020.

We wanted to let you know about this change in your credit card account status as soon as possible. We want to make sure you understand how this change could affect you and what you can expect.

We'll be sending you a separate letter by mail to explain why we made this change. Please read it carefully. It provides you with more detailed information.

If you have any recurring payments linked to this account, please be sure to make other payment arrangements.

We apologize for any inconvenience closing the account causes you.

ⓘ Learn more about understanding and improving credit by visiting Better Money Habits, which provides tools and information to help you manage your money.

Contact Us | Privacy & Security

You're receiving this servicing email as part of your existing relationship with us.

1

Bank of America, PO Box 25118, Tampa, FL 33622.

Bank of America, N.A. Member FDIC. Equal Housing Lender 🏠
©2020 Bank of America Corporation. All rights reserved.

This email was sent to: keen.deak@verizon.net

EMAIL-11-19-0469.A

Lewis E Keener
18535 Michaelangelo Dr
Dallas, TX  75287


January 30, 2020

Bank of America
P O Box 851001
Dallas, TX  75285-1001

Re: Account ██████████-0792

I am writing to you regarding a dispute of charges on this account that we have been told is being
researched.
Here are the charges in question:
11/17   Slydepay          845.07
11/17   Immo Sarl         4,389.31
11/17   rexinternational.net      5,910.15
11/17   rexinternational.net      5,910.15
These charges total 17,054.68

I have called 3 times about these charges and even though the charges are in research, I would like to
send you a written statement for our records.

On the October 23, 2019 statement you can see printed there that the credit limit on this account was
$5,000.00. I did not request a credit increase, but on the November 23, 2019 statement the credit line
shows $17,500.00. Evidently it was changed before these charges were accepted on the account. After
the phone calls and the dispute of charges, the credit line was changed again. On the December 23,
2019 statement it shows $5,400.00.

I was contacted in November, 2019, to verify the charges and immediately called and stated these were
not my charges.

I looked online to identify the vendors involved. It appears these charges were made for 2 international
air flights and an international hotel. I have not traveled by air to an international destination for many
years. I am a senior adult on a fixed income. I am a disabled veteran with multiple health issues. I am not
able to travel long distances. It is preposterous to think these charges were made by me.

I believe that is was Bank of America's error to accept these charges when they are 12,000 over the credit limit on this account. I think it is harmful to my credit rating to keep these charges on my account.

I would appreciate an update on the research into these charges and I would especially like for you to remove them from my balance as soon as possible.  The January 23, 2020, statement shows a payment is due and that the account is past due. I have a very good credit rating and I do not want my credit rating to be adversely affected because of this error. I am innocent of any wrong-doing.

Thank you in advance for a prompt response.

Sincerely,

Lewis E Keener





**Alaska.**
Mileage Plan

SS 0127  N 867 954 12   24813 #001 AB 0.412

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

December 24 - January 23, 2020
Account# ████████0792

## Account Summary

| | |
|---|---|
| Previous Balance | $17,054.68 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| Fees Charged | $28.00 |
| Interest Charged | $0.00 |
| New Balance Total | $17,082.68 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $417.32 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $417.32 |
| Statement Closing Date | 01/23/2020 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $17,082.68 |
| Current Payment Due | $198.00 |
| Past Due Amount | $170.00 |
| Total Minimum Payment Due | $368.00 |
| Payment Due Date | 02/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 29 years | $39,129.00 |
| $603.00 | 36 months | $21,708.00 (Savings = $17,421.00) |

If you would like information about credit counseling services, call 866.300.5238.

---

23 ████████████████ 0792

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

| Account Number: ████████ 0792 | |
|---|---|
| New Balance Total | $17,082.68 |
| Total Minimum Payment Due | $368.00 |
| Payment Due Date | 02/20/2020 |

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

Enter payment amount   $

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

0 79 21‖

LEWIS E KEENER SR  |  Account #          0792  |  December 24 - January 23, 2020



## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 01/20 | 01/21 | LATE FEE FOR PAYMENT DUE | | 0792 | 28.00 | |
| | | **TOTAL FEES FOR THIS PERIOD** | | | | $28.00 |
| | | **Interest Charged** | | | | |
| 01/23 | 01/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 01/23 | 01/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 01/23 | 01/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 01/23 | 01/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | $0.00 |

| 2020 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2020 | $28.00 |
| Total interest charged in 2020 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | | Interest Charges by Transaction Type | |
|---|---|---|---|---|---|---|---|---|
| Purchases | 16.24%V | | | | $ | 0.00 | $ | 0.00 |
| Balance Transfers | 16.24%V | | | | $ | 0.00 | $ | 0.00 |
| Direct Deposit and Check Cash Advances | 21.49%V | | | | $ | 0.00 | $ | 0.00 |
| Bank Cash Advances | 26.49%V | | | | $ | 0.00 | $ | 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

You're a valued customer and we want you to know that we haven't received your current payment due. Please send your payment due today. If you've already mailed it, thank you.



**BANK OF AMERICA**

www.bankofamerica.com

LL 1212    315 576      26475 #001 AB 0.412
LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

||¡||¡||·¡|||¡|||¡|¡|·¡¡·¡¡¡|¡|¡·¡|||¡|||¡¡||¡|¡·¡¡·¡¡|¡||¡|¡|

December 10, 2019

Account number ending in: 1801

Lewis E Keener Sr: unfortunately, we're unable to approve your recent
fraud claim.

Our research included the information you provided with your claim,
your account history, and if available, information from the merchant,
such as a signed receipt or contract. We confirmed the following:

- We confirmed the charge(s) was made using one of your verified
devices, like a cell phone or tablet.

What's Next
- Any temporary credits applied to your account will be removed.
  You'll see it on your monthly statement, along with any additional
  charges or fees you owe.
- If your account was past due at the time of your claim, and no
  payments were made, it will return to that same status.
- Please continue to make the required payments on your account.

If you have new or additional information that wasn't provided
earlier, please submit to PO Box 982237, El Paso, TX 79998 or call us
at 800.472.7970, Monday through Friday, 8 a.m. to 7 p.m. Eastern.

Thank you for your patience while we researched your claim.

FR2 DENY 1-1 US-EN                    01 of 01

 VISA ∫IGNATURE

**Alaska.**
Mileage Plan



**Customer Service Information:**
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

SS 1227  N 678 698 1    26319 #001 AB 0.412

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

November 24 - December 23, 2019
Account # &#9608;&#9608;&#9608;&#9608;0792

## Account Summary

| | |
|---|---|
| Previous Balance | $362.90 |
| Payments and Other Credits | −$362.90 |
| Purchases and Adjustments | $17,054.68 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance Total | $17,054.68 |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $445.32 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $445.32 |
| Statement Closing Date | 12/23/2019 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $17,054.68 |
| Current Payment Due | $170.00 |
| Total Minimum Payment Due | $170.00 |
| Payment Due Date | 01/20/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $39.00 and your APRs may be increased up to the Penalty APR of 29.99%.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 29 years | $39,338.00 |
| $602.00 | 36 months | $21,672.00 (Savings = $17,666.00) |

If you would like information about credit counseling services, call 866.300.5238.

---

23  &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;  0792

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

| Account Number: &#9608;&#9608;&#9608;&#9608; 0792 | |
|---|---|
| New Balance Total | $17,054.68 |
| Total Minimum Payment Due | $170.00 |
| Payment Due Date | 01/20/2020 |
| Enter payment amount | $ |

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America



LEWIS E KEENER SR   |   Account #   ████████ 0792   |   November 24 - December 23, 2019

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 12/04 | 12/04 | PAYMENT - THANK YOU | 9981 | 0792 | −362.90 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$362.90 |
| | | **Purchases and Adjustments** | | | | |
| 11/17 | 12/10 | FRAUD DISPUTE | 4000 | 0792 | 845.07 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 0610 | 0792 | 5,910.15 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 9605 | 0792 | 5,910.15 | |
| 11/17 | 12/10 | FRAUD DISPUTE | 4100 | 0792 | 4,389.31 | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $17,054.68 |
| | | **Interest Charged** | | | | |
| 12/23 | 12/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 12/23 | 12/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | | Interest Charges by Transaction Type | |
|---|---|---|---|---|---|---|---|---|
| Purchases | 16.24%V | | | | $ | 0.00 | $ | 0.00 |
| Balance Transfers | 16.24%V | | | | $ | 0.00 | $ | 0.00 |
| Direct Deposit and Check Cash Advances | 21.49%V | | | | $ | 0.00 | $ | 0.00 |
| Bank Cash Advances | 26.49%V | | | | $ | 0.00 | $ | 0.00 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

**VISA SIGNATURE**



*Alaska.*
Mileage Plan

Customer Service Information:
www.bankofamerica.com
1.800.552.7302
TTY: 1.800.346.3178
Mail billing inquiries to:
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
Mail payment to:
Bank of America
P.O. Box 851001
Dallas TX 75285-1001



89 1127  N 781 801 12    06749 #901 AB 0.412

LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324

October 24 - November 23, 2019
Account#            0792

## Account Summary

| | |
|---|---|
| Previous Balance | $323.44 |
| Payments and Other Credits | −$17,378.12 |
| Purchases and Adjustments | $17,417.58 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| **New Balance Total** | **$362.90** |
| Total Credit Line | $17,500.00 |
| Total Credit Available | $17,137.10 |
| Cash Credit Line | $5,400.00 |
| Portion of Credit Available for Cash | $5,400.00 |
| Statement Closing Date | 11/23/2019 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance Total | $362.90 |
| Current Payment Due | $25.00 |
| Total Minimum Payment Due | $25.00 |
| Payment Due Date | 12/20/2019 |

Late Payment W....             ...m
Payment by the c               e of up to
$39.00 and your               f 29.99%.
Total Minimum                  Minimum
Payment each per              e you
longer to pay off              

4180

DATE 12/2/2019

If you make no a.               I end up
.charges using tl    PAY TO  Bank of America 0792   zimated
and each month.                of

Only the Tot   AMOUNT  s 362.90           )0
Minimum Paym

If you would like   MEMO                  es, call
866.300.5238.

CATEG. BOA Alaska Air 0792

ACCT. Prosperity Bank

LEWIS E KEENER SR | Account # ████████ 0792 | October 24 - November 23, 2019



## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 11/05 | 11/05 | PAYMENT - THANK YOU | 2465 | 1801 | −323.44 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 9605 | 0792 | −5,910.15 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 4100 | 0792 | −4,389.31 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 0610 | 0792 | −5,910.15 | |
| 11/17 | 11/20 | FRAUD DISPUTE | 4000 | 0792 | −845.07 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$17,378.12 |
| | | **Purchases and Adjustments** | | | | |
| 11/02 | 11/04 | HEALTHY*BACK INSTITUTE   800-216-4908 TX | 7617 | 1801 | 49.95 | |
| 11/02 | 11/04 | PAYPAL *AFA-DALLAS       402-935-7733 CA | 5917 | 1801 | 25.00 | |
| 11/14 | 11/15 | PSV*Oxford Communiqu   877-6539124 MD | 4842 | 1801 | 287.95 | |
| 11/17 | 11/19 | SLYDEPAY          ACCRA | 4000 | 1801 | 845.07 | |
| | | 4,620.00 GHS | | | | |
| 11/17 | 11/19 | IMMO SARL        OUAGADOUGOU | 4100 | 1801 | 4,389.31 | |
| | | 2,596,000 XOF | | | | |
| 11/17 | 11/19 | rexinternational.net    https://rexin | 0610 | 1801 | 5,910.15 | |
| | | 500,000.00 BDT | | | | |
| 11/17 | 11/19 | rexinternational.net    https://rexin | 9605 | 1801 | 5,910.15 | |
| | | 500,000.00 BDT | | | | |
| | | TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD | | | | $17,417.58 |
| | | **Interest Charged** | | | | |
| 11/23 | 11/23 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON DIR DEP/CHK CASHADV | | | 0.00 | |
| 11/23 | 11/23 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $0.00 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 16.49%V | | | | $ 0.00 | $ 0.00 |
| Balance Transfers | 16.49%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 21.74%V | | | | $ 0.00 | $ 0.00 |
| Bank Cash Advances | 26.74%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions Daily Interest Rate Type: V= Variable Rate (rate may vary)



**BANK OF AMERICA**
www.bankofamerica.com

LL 1130   017 851          41506 #801 AB 0.412
LEWIS E KEENER SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324



November 26, 2019

Account ending in: 1801

Lewis E Keener Sr:

We've issued a temporary credit for $17,054.68 while we conduct our
research.

**What you can expect**
* You'll see the temporary credit on your next statement.
* Due to the extensive research required to resolve your claim,
  it may take some time before we're able to inform you of the
  final result.
* We'll contact you once we've resolved your inquiry.
* If it's determined through our research that the
  transaction(s) is valid, the temporary credit we applied to
  your account may be reversed.

**We're here to help**
We appreciate the opportunity to serve your financial needs. If you
have questions, please call us at 800.472.7970, Monday through Friday,
8 a.m. to 7 p.m. Eastern.

FES FOTO 1-1 US-EN                    01 of 01

**keen.deak@verizon.net**

| | |
|---|---|
| **From:** | Bank of America <billpay@billpay.bankofamerica.com> |
| **Sent:** | Monday, February 24, 2020 7:56 PM |
| **To:** | keen.deak@verizon.net |
| **Subject:** | You have a new e-Bill from Bank of America Credit Card |
| | |
| **Importance:** | High |

# Bill Pay Alert



**You have a new e-Bill from Bank of America Credit Card - Alaska Airlines:**

| | |
|---|---|
| **Pay To Account Number:** | ***********0792 |
| **Due Date:** | 03/20/2020 |
| **Minimum Amount Due:** | $ 674.00 |
| **Amount Due:** | $ 674.00 |
| **Account Balance:** | $ 17,276.88 |

<u>View and Pay This e-Bill</u>

**Please do not reply to this email.**

**Contact us about this email**
If you have any questions, please either call the phone number on your account statement or use the <u>Contact Us</u> page, so we can properly verify your identity.

**Email Preferences**
This is a service email from Bank of America. Please note that you may receive service email in accordance with your Bank of America service agreements, whether or not you elect to receive promotional email.

**Privacy and Security**
Keeping your financial information secure is one of our most important responsibilities. For an explanation of how we manage customer information, please read our <u>Privacy Policy</u>. You can also learn how Bank of America keeps your <u>personal information secure</u> and how you can help protect yourself.

Bank of America Email, 8th Floor, 101 South Tryon St., Charlotte, NC 28255-0001

**Bank of America, N.A. Member FDIC. Equal Housing Lender ⌂**
**©2020 Bank of America Corporation. All rights reserved.**

=========================================
**Please do not delete this section.**
**Email_ID:#020238143402422019793_**
=========================================