# EXHIBIT 22



www.bankofamerica.com

```
LL 0910    626 011     21726 #@01 AB 0.419
LEWIS E KEENER, SR
18535 MICHAELANGELO DR
DALLAS TX 75287-3324
```

September 08, 2020

Account number ending in: 0792

Lewis E Keener, Sr:

We've attempted to reach you to obtain additional information regarding your fraud claim, but our efforts to contact you have been unsuccessful. While we're still researching your fraud claim, we need additional information from you to complete our investigation.

**What you need to know**
We need to discuss the circumstances relating to your fraud claim. It's important that you call us within five calendar days of receiving this letter or we might not be able to complete our research and may deny your claim. If you've already spoken to an associate about this matter, thank you, and please disregard this notice.

**What you need to do**
Please call us 888.290.0216, Monday through Friday, 8 a.m. to 5 p.m. Eastern.

We appreciate the opportunity to serve your financial needs and look forward to hearing from you.