# EXHIBIT 24

PO Box 9701
Allen, TX 75013

0005337  02 MB 0.436  **AUTO  T3 0 7236 75287-332435   -C02-P05342-I
LEWIS E KEENER Sr
18535 MICHAELANGELO DR
DALLAS TX  75287-3324



## LEWIS E KEENER Sr
### Dispute Results

Report # **1337-7039-35** for **09/30/20**

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

**How to read your results**
**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details.  b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details.**Processed** - This item was either updated or deleted; Please review your report for the details.

## Here are your results

### Credit items

BANK OF AMERICA 414734209260.... Outcome: Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated.  Please review your report for the details.

### Before dispute

LEWIS E KEENER Sr | Report # 1337-7039-35 for 09/30/20



**BANK OF AMERICA** Partial Acct # 414734209260.... PO BOX 982238 EL PASO TX 79998 (800) 421 2110

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Jan 2012 | Jan 2012 | $1,491 as of Aug 2020 | |
| **Address ID #** | **Terms** | **Status** | |
| 0147463596 | Not reported | Account charged off. | |
| **Type** | **Monthly payment** | $18,545 written off. | |
| Credit card | Not reported | $1,491 past due as of | |
| **Responsibility** | **Credit limit or original amount** | Aug 2020. | |
| Individual | $17,500 | This account is scheduled to continue on record until Nov 2026. | |
| | **High balance** | **Comment** | |
| | $18,545 | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). | |
| | | **Comment:** | |
| | | Account closed at credit grantor's request. | |
| | | **Date of Status** | |
| | | Aug 2020 | |

Payment history 2020: Jan OK, Feb 30, Mar 60, Apr 90, May 120, Jun 150, Jul 180, Aug CO
2019-2014: Full Year - In Good Standing
2013: Sep OK, Oct OK, Nov OK, Dec OK

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 18,545 | 18,322 | 18,056 | 17,800 | 17,540 | 17,276 | 17,082 | 17,054 | 362 | 323 | 0 | 0 | 47 | 295 | 0 |
| DPR | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Nov05 | Aug06 | Aug06 | Aug06 | Jul09 | May10 | May10 |
| SPA ($) | 406 | 447 | 433 | 435 | 436 | 365 | 198 | 170 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | | | | | | | |
| AB ($) | 177 | 197 | 335 | 0 | 250 | 0 | 449 | 0 | | | | | | | |
| DPR | Apr09 | Mar05 | Jan09 | Jan09 | Nov15 | Nov15 | Aug08 | Aug08 | | | | | | | |
| SPA ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | | | | | | | |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | | |

Between Nov 2019 and Jul 2020, your credit limit/high balance was $17,500      Between Sep 2018 and Oct 2019, your credit limit/high balance was $5,000

**After dispute**

**BANK OF AMERICA** Partial Acct # 414734209260.... PO BOX 982238 EL PASO TX 79998 (800) 421 2110

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Jan 2012 | Nov 2013 | $1,491 as of Sep 2020 | |
| **Address ID #** | **Terms** | **Status** | |
| 0147463596 | Not reported | Account charged off. | |
| **Type** | **Monthly payment** | $18,545 written off. | |
| Credit card | Not reported | $1,491 past due as of | |
| **Responsibility** | **Credit limit or original amount** | Sep 2020. | |
| Individual | $17,500 | This account is scheduled to continue on record until Oct 2026. | |
| | **High balance** | **Comment:** | |
| | $18,545 | Account closed at credit grantor's request. This item was updated from our processing of your dispute in Sep 2020. | |
| | | **Date of Status** | |
| | | Sep 2020 | |

Payment history 2020: Jan OK, Feb 30, Mar 60, Apr 90, May 120, Jun 150, Jul 180, Aug ND, Sep CO
2019-2014: Full Year - In Good Standing
2013: Nov OK, Dec OK

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,491 | 18,545 | 18,322 | 18,056 | 17,800 | 17,540 | 17,276 | 17,082 | 17,054 | 362 | 323 | 0 | 0 | 47 | 295 |
| DPR | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Nov05 | Aug06 | Aug06 | Aug06 | Jul09 | May10 |
| SPA ($) | ND | 406 | 447 | 433 | 435 | 436 | 365 | 198 | 170 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | | | | | | |
| AB ($) | 0 | 177 | 197 | 335 | 0 | 250 | 0 | 449 | 0 | | | | | | |
| DPR | May10 | Apr09 | Mar05 | Jan09 | Jan09 | Nov15 | Nov15 | Aug08 | Aug08 | | | | | | |
| SPA ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | | | | | | |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | |

Between Nov 2019 and Aug 2020, your credit limit/high balance was $17,500      Between Sep 2018 and Oct 2019, your credit limit/high balance was $5,000

If our reinvestigation has not resolved your dispute, you have several options:
You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical

0131832105                                                                                                                                    page 2 of 12

LEWIS E KEENER Sr| Report # **1337-7039-35** for **09/30/20**

information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

## Your Updated Credit Report

### Payment History Legend

| Code | Meaning | Code | Meaning | Code | Meaning | Code | Meaning |
|---|---|---|---|---|---|---|---|
| OK | Current | 150 | Account 150 days past due | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Account 30 days past due | 180 | Account 180 days past due | R | Repossession | C | Collection |
| 60 | Account 60 days past due | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Account 90 days past due | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Account 120 days past due | F | Foreclosed | G | Claim filed with government | ND | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Personal statements you've asked us to include** You've given us the following statement to include every time a company asks us for your credit report:

"ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT 214-797-0335. THIS SECURITY ALERT WILL BE MAINTAINED FOR 1 YEAR BEGINNING 03-10-20."

### Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Credit items

BANK OF AMERICA Partial Acct # 414734209260.... PO BOX 982238 EL PASO TX 79998 (800) 421 2110

7236-02-00-0005337-0002-0034584

LEWIS E KEENER Sr | Report # 1337-7039-35 for 09/30/20

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Jan 2012 | Nov 2013 | $1,491 as of Sep 2020 | |
| Address ID # | Terms | Status | |
| 0147463596 | Not reported | Account charged off. | |
| Type | Monthly payment | $18,545 written off. | |
| Credit card | Not reported | $1,491 past due as of | |
| Responsibility | Credit limit or original amount | Sep 2020. | |
| Individual | $17,500 | This account is scheduled to continue on record until Oct 2026. | |
| | High balance | Comment: | |
| | $18,545 | Account closed at credit grantor's request. This item was updated from our processing of your dispute in Sep 2020. | |
| | | Date of Status | |
| | | Sep 2020 | |





### Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,491 | 18,545 | 18,322 | 18,056 | 17,800 | 17,540 | 17,276 | 17,082 | 17,054 | 362 | 323 | 0 | 0 | 47 | 295 |
| DPR | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Dec04 | Nov05 | Aug06 | Aug06 | Aug06 | Jul09 | May10 |
| SPA ($) | ND | 406 | 447 | 433 | 435 | 436 | 365 | 198 | 170 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | | | | | | |
| AB ($) | 0 | 177 | 197 | 335 | 0 | 250 | 0 | 449 | 0 | | | | | | |
| DPR | May10 | Apr09 | Mar05 | Jan09 | Jan09 | Nov15 | Nov15 | Aug08 | Aug08 | | | | | | |
| SPA ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | | | | | | |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | |

Between Nov 2019 and Aug 2020, your credit limit/high balance was $17,500    Between Sep 2018 and Oct 2019, your credit limit/high balance was $5,000

**Your accounts in good standing** These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

**AMERICAN EXPRESS** Partial Acct # 349990593233173 PO BOX 981537 EL PASO TX 79998 (800) 874 2717

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Jun 1999 | Authorized user | Not reported | $0 /paid as of Sep 2020 |
| Address ID # | First reported | Credit limit or original amount | Status |
| 0147463596 | Nov 2008 | $8,700 | Open/Never late. |
| Type | Terms | High balance | Date of Status |
| Credit card | Not reported | $3,731 | Sep 2020 |

### Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 140 | 209 | 278 | 346 | 414 | 481 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | 0 | 0 | 0 | 0 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 35 | 35 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | | | | | | |
| AB ($) | 547 | 613 | 679 | 745 | 812 | 859 | 941 | 1,018 | 1,090 | | | | | | |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | |
| SPA ($) | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | | | | | | |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | |

Between Sep 2018 and Aug 2020, your credit limit/high balance was $8,700

**BANK OF AMERICA** Partial Acct # 431307551320.... PO BOX 982238 EL PASO TX 79998 (800) 421 2110

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| May 2008 | Individual | Not reported | Not reported |
| Address ID # | First reported | Credit limit or original amount | Status |
| 0147463596 | May 2008 | $300 | Paid, Closed/Never late. |
| Type | Terms | High balance | This account is scheduled to continue on record until Jun 2030. |
| Credit card | Not reported | $4,120 | Comment: |
| | | | Account closed at credit grantor's request. |
| | | | Date of Status |
| | | | Jun 2020 |