# EXHIBIT 25

**From:** Mary
**To:** Randi
**Subject:** FW: Wilson-Keener Refi Review
**Date:** Thursday, January 7, 2021 10:00:24 PM
**Attachments:** image001.png
image002.png
image212570.png

---

**From:** Bryan Connatser <bryan.connatser@cardinalfinancial.com>
**Sent:** Thursday, January 07, 2021 1:34 PM
**To:** Mary <keenerideasmarket@gmail.com>
**Cc:** Jennifer Nicholson <jennifer.nicholson@cardinalfinancial.com>; Bryan Connatser <bryan.connatser@cardinalfinancial.com>
**Subject:** RE: Wilson-Keener Refi Review

Ms. Mary, as we discussed, here is the effects of that Bank of America account hitting Lewis. Flawless credit except for this one item.

This dramtically affects the rate offering we can bring to you at this time. From 2.625% with scores over 740 to right at 4.00% today with a 663 mid-score.



MARY WILSON-KEENER and LEWIS KEENER 59369..   Credit Plus   Merge   TU - 796, EQ - 775, EX - 784   1/06/21
TU - 658, EQ - 663, EX - 726

| | | APPLICANT | | | | CO-APPLICANT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APPLICANT | | WILSON-KEENER, MARY S | | | CO-APPLICANT | KEENER, LEWIS E SR. | | | | | |
| SOC SEC # | | | DOB | | SOC SEC # | | | DOB | | | |
| MARITAL STATUS | | | | | DEPENDENTS | | | | | | |

**COLLECTION ACCOUNTS**

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | C | BK OF AMER 414734******0792 | 12/20 | 01/12 02/20 | $17500 REV | $1491 $45* | $1491 | 99 | 1 | 1 | 4 | R9 XP/TU/EF |

Late Dates: 7/20-120 (See status), 6/20-120, 5/20-120, 4/20-90, 3/20-60, 2/20-30
CONSUMER DISPUTES - REINVESTIGATION IN PROGRESS; CHARGED OFF ACCOUNT; ACCOUNT CLOSED BY CREDIT GRANTOR



**Bryan Connatser** | Divisional Vice President | NMLS # 148901
Cardinal Financial Company, Limited Partnership | NMLS 66247
5055 W Park Blvd, Ste 300, Plano, TX 75093
Phone: (469) 262-5848 | Mobile: (214) 893-8979 | Fax: (469) 262-5848
bryan.connatser@cardinalfinancial.com | cardinalfinancial.com | www.TheBryanConnatserTeam.com

**APPLY NOW**

MORTGAGE LENDING REIMAGINED

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

---

**From:** Mary <keenerideasmarket@gmail.com>
**Sent:** Wednesday, January 6, 2021 8:02 PM
**To:** 'Bryan Connatser' <bryan.connatser@cardinalfinancial.com>
**Subject:** RE: Wilson-Keener Refi Review

Sorry. I did not get this email until 8 pm today. My grandson is forced to school by zoom this week, and I am with him all the school day. Of course, I can talk on the phone most of the day. So, please call me tomorrow. I am a captive audience at Beth's house.
Mary

---

**From:** Bryan Connatser <bryan.connatser@cardinalfinancial.com>
**Sent:** Wednesday, January 06, 2021 12:10 PM
**To:** Mary <keenerideasmarket@gmail.com>
**Cc:** Jennifer Nicholson <jennifer.nicholson@cardinalfinancial.com>; Bryan Connatser <bryan.connatser@cardinalfinancial.com>
**Subject:** RE: Wilson-Keener Refi Review

Good morning Ms. Mary....

Something popped up.  I would like chat with you for a moment.

Are you available this afternoon, after 3pm?  Im about to head out to an appt, but will be back by or close to 3.

**Bryan Connatser** | Divisional Vice President | NMLS # 148901
Cardinal Financial Company, Limited Partnership | NMLS 66247
5055 W Park Blvd, Ste 300, Plano, TX 75093
Phone: (469) 262-5848 | **Mobile: (214) 893-8979** | Fax: (469) 262-5848
bryan.connatser@cardinalfinancial.com | cardinalfinancial.com | www.TheBryanConnatserTeam.com

APPLY NOW

  MORTGAGE LENDING REIMAGINED

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Mary <keenerideasmarket@gmail.com>
**Sent:** Tuesday, January 5, 2021 12:44 AM
**To:** 'Bryan Connatser' <bryan.connatser@cardinalfinancial.com>
**Subject:** RE: Wilson-Keener Refi Review

My escrow balance is 490.63. I will get that back, right?
Mary

**From:** Bryan Connatser <bryan.connatser@cardinalfinancial.com>
**Sent:** Monday, January 04, 2021 2:39 PM
**To:** Mary WilsonKeener <keenerideasmarket@gmail.com>
**Cc:** Jennifer Nicholson <jennifer.nicholson@cardinalfinancial.com>
**Subject:** Re: Wilson-Keener Refi Review

Roger that.  We will keep that in mind.

**Bryan Connatser** | Divisional Vice President | NMLS # 148901
Cardinal Financial Company, Limited Partnership | NMLS 66247
5055 W Park Blvd, Ste 300, Plano, TX 75093
Phone: (469) 262-5848 | **Mobile: (214) 893-8979** | Fax: (469) 262-5848
bryan.connatser@cardinalfinancial.com | cardinalfinancial.com | www.TheBryanConnatserTeam.com

APPLY NOW

  MORTGAGE LENDING REIMAGINED

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

On Mon, Jan 4, 2021 at 2:33 PM Mary WilsonKeener <keenerideasmarket@gmail.com> wrote:

> I paid january today
>
> On Friday, December 18, 2020, Bryan Connatser <bryan.connatser@cardinalfinancial.com> wrote:
>
>> Ms. Mary......thank you so much for the chance to serve.  I want to direct your attention to a few topics to keep top of mind....
>>
>> - **TERM:** This is the **30 yr fixed**.
>> - **CREDIT SCORES:**  This topic is the single most dynamic piece to what I am showing you here.  I am assuming your scores to be 740+, which is the top tier.  Your scores last year were 772, so should be super solid.
>> - **Value of your home**:  I don't know the value for sure....but I have 4 online value estimators I use and they say the house will appraisal for **$3155k** or just over.  Of course, we both think it could be higher, but it doesn't have to be for this to work super smoothly.  At this value or even a little under, there is a chance we can get an appraisal waiver....not sure, but its possible.  If so, that would save your only cash needed out of pocket to do this, and that's $515.


- **ESCROW BALANCE:** since your husband is a diabled veteran, and there are no taxes collected for an escrow account, I will leave any credits here out of the picture, as they would be small at best.
- **MISSED PAYMENTS POSSIBLE:** Through any refinance, there will be at least 1 payment missed as you never have a payment in the month following the start of any mortgage loan, purchase or refinance. So when we jump on a refinance for our clients, we try to time the process for you to miss a couple payments. In this case, we absolutely can do this and close you guys in time to miss January & February payments.

Take a look…. ask any questions you might have, and let me know how I can help.

PS – copying in my loan partner, Jennifer. She and I work hand in hand for all clients, so I wanted you to know her name also.

**Bryan Connatser** | Divisional Vice President | NMLS # 148901
Cardinal Financial Company, Limited Partnership | NMLS 66247
5055 W Park Blvd, Ste 300, Plano, TX 75093
Phone: (469) 262-5848 | Mobile: **(214) 893-8979** | Fax: (469) 262-5848
bryan.connatser@cardinalfinancial.com | cardinalfinancial.com | www.TheBryanConnatserTeam.com





This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, or copy this email. Please notify the sender immediately by email if you have received this email by mistake and delete this email from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

--
Mary Wilson-Keener
18535 Michaelangelo Dr
Dallas, TX  75287