# EXHIBIT 27

# Your Accounts

Reported from Equifax 04.21.2021

## Viewing All Account Types

**Bank Of America**
Act.# 414734**********

| | | | | |
|---|---|---|---|---|
| **Individual Account** | **Collection/ Chargeoff** | **01.24.2012** Opened | **$17,500** Credit Limit | **$1,491** Balance |
| | **Revolving** Account Type | **Closed** Condition | **03.25.2021** Date Reported | **$0** Payment |

### Payment History

**2021** (2) Late Payments

 

**2020** (11) Late Payments

          

**2019** (0) Late Payments

         

**2018** (0) Late Payments

           

**2017** (0) Late Payments

          

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | | | | | | | | | | |
| 2020 | ✓ | 30 | 60 | 90 | 120 | 120 | 120 | CO | CO | CO | CO | CO |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

**Creditor Contact:** 4060 OGLETOWN/STANTON RD DE5-019-03-07, NEWARK, DE 19713 | (800) 421-2110

**Jpmcb - Home Len...**
Act.# 465132********

| | | | | |
|---|---|---|---|---|
| **Joint Account** | **Current** | **10.25.2019** Opened | **$155,000** High Balance | **$151,336** Balance |
| | **Home Loan** Account Type | **Open** Condition | **04.05.2021** Date Reported | **$883** Payment |

### Payment History

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|

All Accounts

# Your Accounts

Reported from Experian 04.21.2021

Viewing All Account Types

**Bank Of America**
Act.# XXXX

**120 Days Late**

**01.24.2012** Opened

**$17,500** Credit Limit

**$1,491** Balance

**Individual Account**

**Revolving** Account Type

**Closed** Condition

**03.23.2021** Date Reported

**$0** Payment

**Remarks:**

**Payment History**

| Year | Late Payments | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | 0 | NR | NR | NR | | | | | | | | | |
| 2020 | 6 | ✓ | 30 | 60 | 90 | 120 | 120 | 120 | NR | NR | NR | NR | NR |
| 2019 | 0 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | 0 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | 0 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | 0 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | 0 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2014 | 0 | | | | | | | | | | | | |

        

**Creditor Contact:** 4060 OGLETOWN/STANTON RD DE5-019-03-07, NEWARK, DE 19713 | (800) 421-2110

**Jpmcb Home**
Act.# 465132•••••••

**Joint Account**

**Current**

**Home Loan**
Account Type

**10.25.2019**
Opened

**Open**
Condition

**$0**
High Balance

**04.05.2021**
Date Reported

**$151,336**
Balance

**$883**
Payment

**Payment History**

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

2021 (0) Late Payments

   

2020 (0) Late Payments

            

**Creditor Contact:** Not Available

**Syncb/Ashley Ho...**
Act.# 6019•••••••••

**Individual Account**

**Current**

**Revolving**
Account Type

**06.05.2016**
Opened

**Open**
Condition

**$6,600**
Credit Limit

**04.15.2021**
Date Reported

**$3,452**
Balance

**$85**
Payment

**Payment History**

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

2021 (0) Late Payments

   

2020 (0) Late Payments

           

2019 (0) Late Payments